B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Middle District of Florida | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Carney, Brian Thomas** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**xxx-xx-2196** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**3317 West Villanova Court**<br>**Lecanto, FL**<br>ZIP Code **34460-2288** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Citrus** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization) (Check one box)<br>■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | Nature of Business<br>(Check one box)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box)<br>■ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13    ☐ Chapter 15 Petition for Recognition<br>of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Nonmain Proceeding |
|---|---|---|
| **Chapter 15 Debtors**<br>Country of debtor's center of main interests:<br>Each country in which a foreign proceeding<br>by, regarding, or against debtor is pending: | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | Nature of Debts<br>(Check one box)<br>☐ Debts are primarily consumer debts,<br>defined in 11 U.S.C. § 101(8) as<br>"incurred by an individual primarily for<br>a personal, family, or household purpose."    ■ Debts are primarily<br>business debts. |

| Filing Fee (Check one box)<br>■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Chapter 11 Debtors<br>Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |
|---|---|

| Statistical/Administrative Information<br>☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | **Name of Debtor(s):**<br>**Carney, Brian Thomas** |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location<br>Where Filed:   **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br> Signature of Attorney for Debtor(s)          (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**

(Check any applicable box)

■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**

(Check all applicable boxes)

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord that obtained judgment)

_____

(Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)                                                         Page 3

# Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**

**Carney, Brian Thomas**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Brian Thomas Carney**
Signature of Debtor  **Brian Thomas Carney**

X _____
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

**November 25, 2015**
Date

### Signature of Attorney*

X **/s/ Richard A. Perry**
Signature of Attorney for Debtor(s)

**Richard A. Perry 394520**
Printed Name of Attorney for Debtor(s)

**Richard A. Perry, Attorney at Law**
Firm Name

**820 East Fort King Street**
**Ocala, FL 34471-2320**

_____
Address

**Email: richard@rapocala.com**
**352-732-2299**
Telephone Number

**November 25, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Middle District of Florida

In re   **Brian Thomas Carney**                                                    Case No.
                                    Debtor(s)                    Chapter   **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

□2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

□3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

□4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐Active military duty in a military combat zone.

☐5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Brian Thomas Carney**
                        **Brian Thomas Carney**

Date:    **November 25, 2015**

Certificate Number: 01401-FLM-CC-026363538



01401-FLM-CC-026363538

# CERTIFICATE OF COUNSELING

I CERTIFY that on October 14, 2015, at 9:52 o'clock AM EDT, Brian T Carney received from GreenPath, Inc., an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the Middle District of Florida, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date:   October 14, 2015            By:     /s/Jeremy  Lark for Michael Kennedy

                                    Name:   Michael Kennedy

                                    Title:   Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. §§ 109(h) and 521(b).

B6 Summary (Official Form 6 - Summary) (12/14)

.

# United States Bankruptcy Court
## Middle District of Florida

In re   **Brian Thomas Carney**
_____,
Debtor

Case No. _____

Chapter _____ **7** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 223,518.00 | | |
| B - Personal Property | Yes | 4 | 30,250.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 379,004.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 46 | | 6,156,951.42 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 2 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | 8,780.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 8,780.00 |
| Total Number of Sheets of ALL Schedules | | 62 | | | |
| Total Assets | | | 253,768.00 | | |
| Total Liabilities | | | | 6,535,955.42 | |

B 6 Summary (Official Form 6 - Summary) (12/14)

.

# United States Bankruptcy Court
## Middle District of Florida

In re    **Brian Thomas Carney**

                             Debtor

Case No. _____

Chapter _____ **7** _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

.

In re    **Brian Thomas Carney**                                              ,    Case No. _____

Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **DESCRIPTION - HOMESTEAD JOINTLY OWNED WITH SPOUSE TANA CARNEY 3317 WEST VILLANOVA COURT, BEVERLY HILLS, CITRUS COUNTY, FLORIDA PARCEL ID: 18E17S320030 00640 0220** | **TENANCY BY THE ENTIRETIES** | - | **223,518.00** | **364,523.00** |

|  |  |  |  |  |
|---|---|---|---|---|
|  | Sub-Total > | **223,518.00** | (Total of this page) |  |
|  | Total > | **223,518.00** |  |  |

__0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

.

In re    **Brian Thomas Carney**                                    ,        Case No. _____
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | **DESCRIPTION - HOUSEHOLD GOODS AND FURNISHINGS INCLUDING FOUR TELEVISIONS, TWO DVD PLAYERS, VCR PLAYER, STEREO SYSTEM, LAPTOP COMPUTER, COMPUTER PRINTER, REFRIGERATOR, TWO FREEZERS, STOVE, MICROWAVE, DISHWASHER, SMALL APPLIANCES FREQUENTLY FOUND IN A KITCHEN, COOKWARE, DISHWARE, GLASSWARE AND EATING UTENSILSWASHING MACHINE, CLOTHES DRYER, VACCUUM CLEANER ELECTRIC ORGAN, THREE SOFAS, ROCKER, TWO DESKS AND CHAIRS, TWO BOOK CASES, LAMPS, CLOCKS, END TABLES, NIGHT STANDS, DINING ROOM SET, THREE BEDS, ARMOIRE. THREE DRESSERS, PATIO SET,** | - | 1,000.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **DESCRIPTION - COMPACT DISC COLLECTION** | - | 200.00 |
| 6.  Wearing apparel. | | **DESCRIPTION - ASSORTED ITEMS OF MEN'S CLOTHING** | - | 50.00 |
| 7.  Furs and jewelry. | | **DESCRIPTION - NECKLACE AND BOWLING RINGS** | - | 500.00 |

|  | | | Sub-Total >  (Total of this page) | 1,750.00 |

__3__   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Brian Thomas Carney**                                    ,        Case No. _____
                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **DESCRIPTION - COUNTRYSIDE POWER SWEEPING, INC. PERCENTAGE OF OWNERSHIP: 70% LOCATION: 1159 EAST OVERDRIVE CIRCLE, HERNANDO, FL 34442 NOTE: THE ASSETS OF THIS BUSINESS WERE SEIZED BY A SECURED CREDITOR AND THIS ENTITY IS DEFUNCT.** | - | **Unknown** |
| | | **DESCRIPTION - ECONOSWEEP & MAINTENANCE SERVICES, INC. PERCENTAGE OF OWNERSHIP: 70% LOCATION: 1159 EAST OVERDRIVE CIRCLE HERNANDO, FL 34442 NOTE: THE ASSETS OF THIS BUSINESS WERE SEIZED BY A SECURED CREDITOR AND THIS ENTITY IS DEFUNCT** | - | **Unknown** |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |

Sub-Total >          **0.00**
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Brian Thomas Carney**                                          ,    Case No. _____
                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | DESCRIPTION - 1967 CHEVROLET NOVA V.I.N. 118377W146606 THIS VEHICLE IS JOINTLY OWNED WITH BRUCE EDWARD CARNEY [THE VALUE SHOWN EQUALS THE VALUE OF THE 50% OWNERSHIP INTEREST OF THE DEBTOR] | J | 12,500.00 |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | DESCRIPTION - 2011 GMC CANYON TRUCK V.I.N. 118377W146606 THIS VEEHICLE IS JOINTLY OWNED WITH SPOUSE, TANA CARNEY | J | 13,000.00 |
| | | DESCRIPTION - 23 FOOT ENCLOSED TRAILER | - | 3,000.00 |
| 26. Boats, motors, and accessories. | X | | | |

|  | Sub-Total > | 28,500.00 |
|---|---|---|
|  | (Total of this page) | |

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

11/25/15 10:24AM

B6B (Official Form 6B) (12/07) - Cont.

In re   **Brian Thomas Carney**                              ,        Case No. _____
                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | **DOG [PRICELESS BUT USELESS AND WITHOUT VALUE]** | - | 0.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >        **0.00**
(Total of this page)
Total >        **30,250.00**

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Best Case Bankruptcy

B6C (Official Form 6C) (4/13)

.

In re     **Brian Thomas Carney**                                                    ,          Case No. _____

                                                    Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                                                   $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                                    *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| DESCRIPTION - HOMESTEAD JOINTLY OWNED WITH SPOUSE TANA CARNEY 3317 WEST VILLANOVA COURT, BEVERLY HILLS, CITRUS COUNTY, FLORIDA PARCEL ID: 18E17S320030 00640 0220 | Fla. Const. art. X, § 4(a)(1); Fla. Stat. Ann. §§ 222.01 & 222.02 | 0.00 | 223,518.00 |
| **Household Goods and Furnishings** | | | |
| DESCRIPTION - HOUSEHOLD GOODS AND FURNISHINGS INCLUDING FOUR TELEVISIONS, TWO DVD PLAYERS, VCR PLAYER, STEREO SYSTEM, LAPTOP COMPUTER, COMPUTER PRINTER, REFRIGERATOR, TWO FREEZERS, STOVE, MICROWAVE, DISHWASHER, SMALL APPLIANCES FREQUENTLY FOUND IN A KITCHEN, COOKWARE, DISHWARE, GLASSWARE AND EATING UTENSILSWASHING MACHINE, CLOTHES DRYER, VACCUUM CLEANER ELECTRIC ORGAN, THREE SOFAS, ROCKER, TWO DESKS AND CHAIRS, TWO BOOK CASES, LAMPS, CLOCKS, END TABLES, NIGHT STANDS, DINING ROOM SET, THREE BEDS, ARMOIRE. THREE DRESSERS, PATIO SET, | Fla. Const. art. X, § 4(a)(2) | 1,000.00 | 2,000.00 |
| **Customer lists or other compilations containing personally identifiable info** | | | |
| DESCRIPTION - 1967 CHEVROLET NOVA V.I.N. 118377W146606 THIS VEHICLE IS JOINTLY OWNED WITH BRUCE EDWARD CARNEY [THE VALUE SHOWN EQUALS THE VALUE OF THE 50% OWNERSHIP INTEREST OF THE DEBTOR] | Fla. Stat. Ann. § 222.25(1) | 1,000.00 | 25,000.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| DESCRIPTION - 2011 GMC CANYON TRUCK V.I.N. 118377W146606 THIS VEEHICLE IS JOINTLY OWNED WITH SPOUSE, TANA CARNEY | 11 U.S.C. § 522(b)(3)(B) TENANCY BY THE ENTIRETIES | 0.00 | 13,000.00 |

|  | Total: | 2,000.00 | 263,518.00 |
|---|---|---|---|

__0__  continuation sheets attached to Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re __Brian Thomas Carney_____,  Case No. _____
                                   Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **XXXX** **BRANNEN BANK** P.O. BOX 1929 Inverness, FL 34451-1929 | X | - | | 2006 MORTGAGE DESCRIPTION - HOMESTEAD JOINTLY OWNED WITH SPOUSE TANA CARNEY 3317 WEST VILLANOVA COURT, BEVERLY HILLS, CITRUS COUNTY, FLORIDA PARCEL ID: 18E17S320030 00640 0220 | | | | 239,977.00 | 16,459.00 |
| | | | | Value $                  223,518.00 | | | | | |
| Account No. **XXXX** **CHASE** P.O. BOX 15298 Wilmington, DE 19886-5298 | | - | | 2007 SECOND MORTGAGE DESCRIPTION - HOMESTEAD JOINTLY OWNED WITH SPOUSE TANA CARNEY 3317 WEST VILLANOVA COURT, BEVERLY HILLS, CITRUS COUNTY, FLORIDA PARCEL ID: 18E17S320030 00640 0220 | | | | 124,546.00 | 124,546.00 |
| | | | | Value $                  223,518.00 | | | | | |
| Account No. **CHASE** **Bankruptcy Department** P.O. BOX 15145 Wilmington, DE 19850-5145 | | | | Representing: CHASE | | | | Notice Only | |
| | | | | Value $ | | | | | |
| Account No. **FIDELITY BANK** PO BOX 105075 Atlanta, GA 30348-5075 | X | - | | PURCHASE MONEY SECURITY INTEREST DESCRIPTION - 2011 GMC CANYON TRUCK V.I.N. 118377W146606 THIS VEEHICLE IS JOINTLY OWNED WITH SPOUSE, TANA CARNEY | | | | 14,481.00 | 1,481.00 |
| | | | | Value $                   13,000.00 | | | | | |

__0__   continuation sheets attached

| | | |
|---|---|---|
| Subtotal (Total of this page) | 379,004.00 | 142,486.00 |
| Total (Report on Summary of Schedules) | 379,004.00 | 142,486.00 |

B6E (Official Form 6E) (4/13)

In re    **Brian Thomas Carney**                                              ,        Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6E (Official Form 6E) (4/13) - Cont.

In re    **Brian Thomas Carney**                                        ,    Case No. _____
                                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **FLORIDA DEP. OF REVENUE 5050 W. TALLAHASSEE ST. Tallahassee, FL 32399-0100** | | - | | | | | **Unknown** | **Unknown** | **Unknown** |
| Account No. **IRS P.O. BOX 7346 Philadelphia, PA 19101-7346** | | - | | | | | **Unknown** | **Unknown** | **Unknown** |
| Account No. **IRS 400 W BAY ST STE 35045 Jacksonville, FL 32202-4419** | | | Representing: IRS | | | | **Notice Only** | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 0.00 / 0.00 | 0.00 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 0.00 / 0.00 | 0.00 |

B6F (Official Form 6F) (12/07)

In re __**Brian Thomas Carney**_____,    Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **XXXX**<br><br>**ABC PAVING & SEALCOATING**<br>**5942 RICHARD LANE**<br>**Jacksonville, FL 32216** | | - | | | **XXXX**<br><br>**THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS DEBT OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR SERVICES RENDERED.** | | | | 3,160.12 |
| Account No.<br><br>**ACE LOCK & KEY**<br>**PO BOX 350387**<br>**Jacksonville, FL 32235** | | - | | | **THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS  OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR MATERIALS AND SUPPLIES.** | | | | 870.91 |
| Account No.<br><br>**ADVANCED AUTO PARTS**<br>**11642 N. WILLIAMS ST**<br>**Jacksonville, FL 32235** | | | | | **THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS  OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR MATERIALS AND SUPPLIES.** | | | | 1,018.02 |
| Account No.<br><br>**ADVANCED DISPOSAL SERVICES**<br>**PO BOX 743019**<br>**Atlanta, GA 30374-3019** | | - | | | **THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS  OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR SERVICES RENDERED.** | | | | 1,037.86 |

__45__ continuation sheets attached

|  | Subtotal<br>(Total of this page) | 6,086.91 |
|---|---|---|

11/25/15 10:24AM

B6F (Official Form 6F) (12/07) - Cont.

In re  **Brian Thomas Carney**                                                      ,          Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>**ADVANTAGE GOLF CARS, INC.**<br>**5801 NW 151ST STREET**<br>**SUITE 201**<br>**Hialeah, FL 33014** | - | | | | **THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS  OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR MATERIALS AND SUPPLIES.** | | | | 1,289.60 |
| Account No.<br><br>**AG ADAMS LAW**<br>**501 RIVERSIDE AVENUE**<br>**SUITE 601**<br>**Jacksonville, FL 32202-4937** | - | | | | **THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS  OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR LEGAL SERVICES.** | | | | 12,272.48 |
| Account No.<br><br>**AIRGAS USA LLC**<br>**P.O. BOX 9249**<br>**Marietta, GA 30065-2249** | - | | | | **THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS  OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR MATERIALS AND SUPPLIES.** | | | | 257.91 |
| Account No.<br><br>**ALIANCE ONE RECEIVABLES**<br>**PO BOX 2449**<br>**Gig Harbor, WA 98335-2449** | - | | | | **THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS  OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR AN ACCOUNT PAYABLE.** | | | | 7,061.34 |
| Account No.<br><br>**ALL POINTS CAPITAL CORP.**<br>**265 BROADHOLLOW ROAD**<br>**Melville, NY 11747** | - | | | | **THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR A LOAN.** | | | | Unknown |

Sheet no. __1__ of __45__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

20,881.33

B6F (Official Form 6F) (12/07) - Cont.

In re  **Brian Thomas Carney**                                                    ,          Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **7587** <br><br> **ALLIANCE REC MGT ONE** <br> **6160 MISSION GEORGE ROAD** <br> **SUITE 300** <br> **San Diego, CA 92120** | - | | | **THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR SERVICES RENDERED.** | | | | **0.00** |
| Account No. <br><br> **ALLIANCE ONE** <br> **P.O. BOX 3107** <br> **Southeastern, PA 19383-3107** | | | | **Representing:** <br> **ALLIANCE REC MGT ONE** | | | | **Notice Only** |
| Account No. <br><br> **ALLIANCEONE REC  MGMNT** <br> **6565 KIMBALL DR STE 200** <br> **Mineral, WA 98355** | | | | **Representing:** <br> **ALLIANCE REC MGT ONE** | | | | **Notice Only** |
| Account No. <br><br> **ALWAYS FRESH SWEEPING LLC** <br> **3212 THOMAS STREET** <br> **Jacksonville, FL 32254** | - | | | **2014** <br> **THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR SERVICES RENDERED.** | | | | **Unknown** |
| Account No. <br><br> **AMAZON HOSE & RUBBER** <br> **1625 W. PRINCETON STREET** <br> **Orlando, FL 32804** | - | | | **THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS  OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR MATERIALS AND SUPPLIES.** | | | | **Unknown** |

Sheet no. __**2**___ of __**45**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Brian Thomas Carney**                                                    ,        Case No. _____

                                                    **Debtor**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. <br><br>**AMERICAN CHAMBER OF COMMERCE**<br>**65 E. WACKER PLACE**<br>**STE 1804**<br>**Chicago, IL 60601** | - | | | | THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS  OWED BY COUNTRYSIDE POWER SWEEPING, INC. | | | X | 121.00 |
| Account No. **7310**<br><br>**AMERICAN EMPIRE**<br>**P.O. BOX 2307**<br>**Cincinnati, OH 45201** | - | | | | 2013<br><br>THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR INSURANCE LOSS DEDUCTIBLE. | | | | 5,000.00 |
| Account No. **6010**<br><br>**AMERICAN EMPIRE**<br>**P.O. BOX 2307**<br>**Cincinnati, OH 45201** | - | | | | 2014<br><br>THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR INSURANCE LOSS DEDUCTIBLE. | | | | 1,056.75 |
| Account No. <br><br>**AMERICAN MED SYSTEMS, INC**<br>**1519 BOTTLER ROAD**<br>**STE: A**<br>**Uniontown, OH 44685** | - | | | | THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS  OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR SERVICES RENDERED. | | | | 40.00 |
| Account No. **0369**<br><br>**AMERIGAS**<br>**PO BOX 660288**<br>**Dallas, TX 75266-0288** | - | | | | 2014<br><br>THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS  OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR MATERIALS AND SUPPLIES. | | | | 20,055.48 |

Sheet no. __**3**__ of __**45**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

26,273.23

B6F (Official Form 6F) (12/07) - Cont.

In re **Brian Thomas Carney** _____ ,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **A.R.M. SOLUTIONS** **P.O. BOX 2929** **Camarillo, CA 93011-2929** | | | Representing: **AMERIGAS** | | | | **Notice Only** |
| Account No. | | | THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR SERVICES RENDERED. | | | | |
| **AMSCOT** **P. O. BOX 25137** **Tampa, FL 33622-5137** | | - | | | | | **89.97** |
| Account No. | | | THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS  OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR SERVICES | | | | |
| **AQUABLISS POOL SERVICE, INC** **867 SE 14TH TERRACE** **Deerfield Beach, FL 33441** | | - | | | | | **350.00** |
| Account No. | | | THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS  OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR SERVICES. | | | | |
| **ASAP TOWING & STORAGE CO** **10053 103RD ST** **Jacksonville, FL 32210** | | - | | | | | **2,260.00** |
| Account No. | | | | | | | |
| **PROFESSIONAL DEBT MEDIATION** **7948 BAYMEADOWS WAY** **2ND FLOOR** **Jacksonville, FL 32256** | | | Representing: **ASAP TOWING & STORAGE CO** | | | | **Notice Only** |

Sheet no. __4__ of __45__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,699.97**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Brian Thomas Carney**                                                                    ,                Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.<br><br>**AT&T**<br>**Bankruptcy Department**<br>**5407 Andrews Highway**<br>**Midland, TX 79707** | - | | | THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS  OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR COMMUNICATION SERVICES. | | | | 682.94 |
| Account No.<br><br>**AUDLEY A. BROWN**<br>**11665 NW 45TH ST**<br>**APT. 65**<br>**Pompano Beach, FL 33065** | - | | | THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS  OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR AN ACCOUNT PAYABLE. | | | | 300.00 |
| Account No.<br><br>**AXION BANK**<br>**8808 BEACH BLVD**<br>**Jacksonville, FL 32216** | - | | | THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS  OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR AN ACCOUNT PAYABLE. | | | | 600.00 |
| Account No. **0544**<br><br>**B&P MOTOR HEADS**<br>**1815 OPA LOCKA BLVD**<br>**Opa Locka, FL 33054** | - | | | 2013<br><br>THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR SERVICES RENDERED. | | | | 30.00 |
| Account No.<br><br>**TRS RECOVERY SERV**<br>**P.O. BOX 173809**<br>**Denver, CO 80217-3809** | | | | Representing:<br>**B&P MOTOR HEADS** | | | | **Notice Only** |

Sheet no. __**5**___ of __**45**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,612.94**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Brian Thomas Carney**                                                                    ,        Case No. _____
                                         Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **TRS RECOVERY SERV** P.O. BOX 60022 City of Industry, CA 91716-0022 | | | | Representing: **B&P MOTOR HEADS** | | | | **Notice Only** |
| Account No. | | | | 2012 | | | | |
| **BANK UNITED NA** 14817 OAK LANE Hialeah, FL 33016 | | - | | **THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR A COMMERCIAL LOAN** | | | | **395,313.15** |
| Account No. | | | | | | | | |
| **SHUTTS & BOWEN LLP** P.O. BOX 4956 Orlando, FL 32802-4956 | | | | Representing: **BANK UNITED NA** | | | | **Notice Only** |
| Account No. **1001** | | | | 2011 | | | | |
| **BB & T** P.O. BOX 1847 Wilson, NC 27894-1847 | | - | | **THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR A COMMERCIAL LOAN.** | | | | **13,018.62** |
| Account No. | | | | | | | | |
| **BRANCH BANKING & TRUST** PO BOX 1847 Wilson, NC 27894-1847 | | | | Representing: **BB & T** | | | | **Notice Only** |

Sheet no. __6__ of __45__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**408,331.77**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Brian Thomas Carney**                                                    ,          Case No. _____
                                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
| Account No. | | | | THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS  OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR SERVICES. | | | | |
| **BEACH LOCKSMITH & SAFE PLACE 222 N. ATLANTIC AVE. Cocoa Beach, FL 32931** | - | | | | | | | 159.00 |
| Account No. | | | | THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS  OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR SERVICES. | | | | |
| **BEACHSIDE S&M, LLC ATTN: JAMES PARTIN 22961 BRANDON ROAD Lawtey, FL 32058** | - | | | | | | | 9,836.91 |
| Account No. | | | | THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS  OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR SERVICES | | | | |
| **BLUE & GOLD POOL SERVICE 9825 MARINA BLVD. #100 R Boca Raton, FL 33428** | - | | | | | | | 1,180.00 |
| Account No. | | | | THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS  OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR SERVICES. | | | | |
| **BLUE DIAMOND TOWING 6540 INDUSTRIAL AVE Port Richey, FL 34668** | - | | | | | | | 278.00 |
| Account No. | | | | **2014** THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR SERVICES RENDERED. | | | | |
| **BLUE RIBBON CLEANING 4320 SE 53RD AVENUE SUITE A Ocala, FL 34480** | - | | | | | | | 3.22 |

Sheet no. __7__ of __45__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 11,457.13 |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Brian Thomas Carney**                                                              ,        Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS  OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR SERVICES RENDERED. | | | | |
| **BOB'S BACKFLOW & PLUMBING 6510 COLUMBIA PARK DR STE 102 Jacksonville, FL 32258** | - | | | | | | | 328.00 |
| Account No. | | | | 2014 | | | | |
| **BRADSHAW & MOUNTJOY, PA 209 COURTHOUSE SQUARE Inverness, FL 34450** | - | | | THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS  OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR LEGAL SERVICES. | | | | 587.87 |
| Account No. | | | | 2015 | | | | |
| **BREWER TOWING 120 LEE RD Jacksonville, FL 32225** | - | | | THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS  OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR SERVICES RENDERED. | | | | 245.00 |
| Account No. | | | | 2015 | | | | |
| **BRIAN D. BUCKSTEIN, PA 420 SOUTH STATE ROAD 7 SUITE 122 Wellington, FL 33414** | - | | | THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS  OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR LEGAL SERVICES RENDERED. | | | | 980.00 |
| Account No. | | | | 2015 | | | | |
| **BRIGHT HOUSE NETWORKS PO BOX 30765 Tampa, FL 33630-3765** | - | | | THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS  OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR COMMUNICATION SERVICES. | | | | 293.75 |

Sheet no. _**8**___ of _**45**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,434.62

B6F (Official Form 6F) (12/07) - Cont.

In re    **Brian Thomas Carney**                                                                            Case No. _____
                                                                                  ,
                                                   Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2014 | | | | |
| **BROWN'S LOCKSMITH SERVICE 14 UTILITY DRIVE SUITE 9 Palm Coast, FL 32137** | - | | | THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR SERVICES RENDERED. | | | | 120.99 |
| Account No. | | | | THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS OWED BY COUNTRYSIDE POWER SWEEPING, INC., AN ACCOUNTS PAYABLE. | | | | |
| **BRUCE HAAS 14809 STRAND LANE Jupiter, FL 33478** | - | | | | | | X | 88,000.00 |
| Account No. | | | | | | | | |
| **JUDY HAAS 14809 STRAND LANE Jupiter, FL 33478** | | | | Representing: BRUCE HAAS | | | | Notice Only |
| Account No. | | | | THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR A LOAN. | | | | |
| **BUSINESS FINANCIAL SERVICES 3301 N UNIVERSITY DRIVE SUITE 300 Pompano Beach, FL 33065** | - | | | | | | | 356,956.25 |
| Account No. | | | | 2015 | | | | |
| **CABAIGUAN SERVICES, INC 2210 SW 17TH ST Miami, FL 33145** | - | | | THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR SERVICES RENDERED. | | | | 2,186.32 |

Sheet no. __9__ of __45__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

447,263.56

11/25/15 10:24AM

B6F (Official Form 6F) (12/07) - Cont.

In re  **Brian Thomas Carney**                                                    , Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2009 | | | | |
| CAPCO FINANCIAL CORPORATION 1500 SAN REMO AVE SUITE 201 Miami, FL 33146 | - | | | THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR SERVICES RENDERED. | | | | 3,610,899.95 |
| Account No. **0601** | | | | 2015 | | | | |
| CAPITAL CITY BANK PO BOX 900 Tallahassee, FL 32302-0900 | - | | | THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR BANK CHARGES. | | | | 13,330.00 |
| Account No. | | | | 2015 | | | | |
| CB&R SERVICES 4501 NW 12TH CT Fort Lauderdale, FL 33313 | - | | | THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS  OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR MATERIAL AND SUPPLIES | | | | 16,988.11 |
| Account No. **2118** | | | | 2015 | | | | |
| CENTERSTATE BANK P.O. BOX 9602 Winter Haven, FL 33883-9602 | - | | | THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR BANK CHARGES. | | | | Unknown |
| Account No. | | | | THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS  OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR SERVICES RENDERED. | | | | |
| CENTRAL FLORIDA EXPRESSWAY 4974 ORL TOWER ROAD Orlando, FL 32807 | - | | | | | | | 84.85 |

Sheet no. __10__ of __45__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,641,302.91

B6F (Official Form 6F) (12/07) - Cont.

In re  **Brian Thomas Carney**
_____,  Case No. _____
                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **9773**<br><br>**CITICARDS**<br>**PO BOX 6241**<br>**Sioux Falls, SD 57117-6241** | - | | | **THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR A CREDIT CARD.** | | | | 23,768.67 |
| Account No.<br><br>**CITICARDS PRIVATE LABEL**<br>**PO BOX 20483**<br>**Kansas City, MO 64195-0483** | | | | **Representing:**<br>**CITICARDS** | | | | Notice Only |
| Account No.<br><br>**LTD FINANCIAL SERV**<br>**PO BOX 630769**<br>**Houston, TX 77263-0769** | | | | **Representing:**<br>**CITICARDS** | | | | Notice Only |
| Account No. **2195**<br><br>**CITICARDS**<br>**PO BOX 6241**<br>**Sioux Falls, SD 57117-6241** | - | | | **1994**<br><br>**MASTERCARD** | | | | 19,571.00 |
| Account No.<br><br>**CITRUS SPORT APPAREL, LLC**<br>**1801 NW HWY 19**<br>**SUITE 475**<br>**Crystal River, FL 34428** | - | | | **THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR MATERIAL AND SUPPLIES.** | | | | 286.60 |

Sheet no. __11__ of __45__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

43,626.27

B6F (Official Form 6F) (12/07) - Cont.

In re **Brian Thomas Carney** ,    Case No. _____

_Debtor_

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**CLEAN SWEEP PARK LOT**<br>**P.O. BOX 15031**<br>**Sarasota, FL 34277** | - | | **THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR SERVICES RENDERED.** | | | | **5,089.50** |
| Account No. <br><br>**CLEAR VIEW SIGNS**<br>**45211 PETREE ROAD**<br>**Callahan, FL 32011** | - | | **THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR MATERIAL AND SUPPLIES** | | | | **250.00** |
| Account No. **4346**<br><br>**COLONY DEDUCTIBLE REC GRP**<br>**P.O. BOX 962**<br>**Coraopolis, PA 15108** | - | | **2014**<br><br>**THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR INSURANCE LOSS DEDUCTIBLE.** | | | | **5,000.00** |
| Account No. <br><br>**COLONY SPECIALTY**<br>**1551 SAWGRASS CORPORATE PKWY**<br>**SUITE 220**<br>**Fort Lauderdale, FL 33323** | - | | **THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR MATERIAL AND SUPPLIES.** | | | | **12,500.00** |
| Account No. **0302**<br><br>**COLSON**<br>**P.O. BOX 942**<br>**New York, NY 10274** | - | | **2014**<br><br>**THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR LOAN ACCOUNTING SERVICES RENDERED.** | | | | **40,000.00** |

Sheet no. __12__ of __45__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **62,839.50**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Brian Thomas Carney**                                         ,    Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No.<br><br>COMCAST CABLE COMMUNICATIONS<br>P.O. BOX 3005<br>Southeastern, PA 19398-3005 | - | | | | THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR COMMUNICATION SERVICES. | | | | 268.00 |
| Account No.<br><br>COMMERCIAL PROPERTY CLEANING<br>5835 GRANITE LANE<br>Cocoa, FL 32927 | - | | | | THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR SERVICES RENDERED. | | | | 9,478.89 |
| Account No. 7775<br><br>COMPLETE PAYMENT RECOVERY<br>11601 ROOSEVELT BLVD N. TA09<br>Saint Petersburg, FL 33716-2202 | - | | | | 2014<br><br>THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR AN ACCOUNT PAYABLE. | | | | 866.97 |
| Account No.<br><br>COMPLETE PAYMENT REC SERV<br>P.O. BOX 038997<br>Tuscaloosa, AL 35403-8997 | | | | | Representing:<br>COMPLETE PAYMENT RECOVERY | | | | Notice Only |
| Account No. 40657<br><br>CONSTANGY, BROOKS, & SMITH<br>200 WEST FORSYTH STREET<br>SUITE 1700<br>Jacksonville, FL 32202-4317 | - | | | | 2012<br><br>THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS OWED BY ECONOSWEEP & MAINTENANCE SERVICES, INC., FOR LEGAL SERVICES RENDERED. | | | | 62,751.30 |

Sheet no. __13__ of __45__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **73,365.16**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Brian Thomas Carney**                                                                    ,                Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR EMPLOYEE LEASING SERVICES RENDERED. | | | | |
| CONVERGENCE EMPLOYEE LEASING III 3951 BAYMEADOWS RD Jacksonville, FL 32217 | - | | | | | | | | 92,203.09 |
| Account No. | | | | | THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR AN ACCOUNT PAYABLE.. | | | X | |
| CORNEL MYERS 2820 SOMERSET DRIVE APT. 318 Fort Lauderdale, FL 33311 | - | | | | | | | | 2,300.00 |
| Account No. | | | | | 2013 THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR SERVICES RENDERED. | | | X | |
| CORPORATION SERVICE CO P.O. BOX 2576 Springfield, IL 62708 | - | | | | | | | | Unknown |
| Account No. | | | | | THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR SERVICES RENDERED. | | | | |
| COWHEARD SINGER & COMPANY PA 7200 NW 19TH STREET SUITE 402 Miami, FL 33126 | - | | | | | | | | 6,214.29 |
| Account No. | | | | | 2005 THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR SERVICES RENDERED. | | | | |
| CSC PO BPX 2576 Springfield, IL 62708 | - | | | | | | | | Unknown |

Sheet no. __14__ of __45__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

100,717.38

B6F (Official Form 6F) (12/07) - Cont.

In re  **Brian Thomas Carney**                                                                   ,          Case No. _____
                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**CSI VOYAGER FLEET**<br>**3301 BONITA BEACH**<br>**SUITE 300**<br>**Bonita Springs, FL 34134** | - | | | **THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR A CREDIT CARD** | | | | 7,217.79 |
| Account No.<br><br>**DAYTONA POWER SWEEPING, INC.**<br>**1500 VIRGINIA AVE**<br>**APT. 117**<br>**Daytona Beach, FL 32114** | - | | | **THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR SERVICES RENDERED.** | | | | 3,518.91 |
| Account No. **3114**<br><br>**DBI SERVICES**<br>**3373100 NORTH CONAHAN DRIVE**<br>**Hazleton, PA 18201** | - | | | **2014**<br><br>**THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR SERVICES RENDERED.** | | | | **Unknown** |
| Account No.<br><br>**DOUBLE IMPACT DEMOLITION**<br>**AND REMODELING**<br>**1171 NW 28TH STREET**<br>**Miami, FL 33127** | - | | | **THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR SERVICES RENDERED.** | | | | 40.00 |
| Account No.<br><br>**DSK MANAGEMENT SOLUTIONS INC**<br>**6715 W GROVER CLEVELAND BLVD**<br>**Homosassa, FL 34448** | - | | | **2013**<br><br>**THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR SERVICES RENDERED.** | | | | 45,269.00 |

Sheet no. __15__ of __45__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

56,045.70

11/25/15 10:24AM

B6F (Official Form 6F) (12/07) - Cont.

In re   **Brian Thomas Carney**                                                          ,          Case No. _____
                                                      Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS  OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR SERVICES RENDERED. | | | | |
| **DYNAMIC SWEEPING, INC 269 SPRINGS COLONY CIRCLE APT. 246 Altamonte Springs, FL 32714** | - | | | | | | 3,649.28 |
| Account No. | | | 2013 | | | | |
| **EAST CAPITAL, LLC 207 COLD SPRING ROAD Monticello, NY 12701** | - | | THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR A COMMERCIAL LOAN | | | | 45,270.00 |
| Account No. | | | | | | | |
| **ZACHTER PLLC 2 UNIVERSITY PLAZA SUITE 205 Hackensack, NJ 07601** | | | Representing: **EAST CAPITAL, LLC** | | | | Notice Only |
| Account No. | | | THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS  OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR SERVICES RENDERED. | | | | |
| **EAST COAST FINEST OUTDOOR SERVICES INC. 11915 161ST STREET NORTH Jupiter, FL 33478** | - | | | | | | Unknown |
| Account No. | | | | | | | |
| **CHRISTOPHER OCHS 11915 161ST ST N Jupiter, FL 33478** | | | Representing: **EAST COAST FINEST** | | | | Notice Only |

Sheet no. __**16**__ of __**45**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                               **48,919.28**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Brian Thomas Carney** _____,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | | Husband, Wife, Joint, or Community | | | | |
| Account No. | | | | | | | |
| **LABOVICK LAW GROUP** **5220 HOOD RD STE 200** **Palm Beach Gardens, FL 33418** | | | Representing: **EAST COAST FINEST** | | | | **Notice Only** |
| Account No. | | | THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS  OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR SERVICES RENDERED. | | | | |
| **EXPERIAN** **PO BOX 4500** **Allen, TX 75013-4500** | | - | | | | | **19.95** |
| Account No. | | | 2015 | | | | |
| **F.D.S. DISPOSAL, INC** **PO BOX 906** **Hernando, FL 34442-0906** | | - | THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS  OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR SERVICES RENDERED. | | | | **145.75** |
| Account No. | | | 2014 | | | | |
| **FAMILY FIRST SWEEPING & MAINTENANCE, LLC** **22961 BRANDON ROAD** **Lawtey, FL 32058** | | - | THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS  OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR SERVICES RENDERED. | | | | **2,947.13** |
| Account No. | | | THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR SERVICES RENDERED. | | | | |
| **FIDELITY BANK** **PO BOX 105075** **Atlanta, GA 30348-5075** | | - | | | | | **Unknown** |

Sheet no. __17__ of __45__  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**3,112.83**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Brian Thomas Carney**                                                    ,                    Case No. _____

                                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.  **FILMCO CLEAN SWEEP** **2515 BUSSIE ROAD** **Wauchula, FL 33873** | - | | | THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS  OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR SERVICES RENDERED. | | | | 2,427.00 |
| Account No. **1463**  **FIRE SPECIALTY INS. DED. GRP** **P.O. BOX 962** **Coraopolis, PA 15108** | - | | | 2014  THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR INSURANCE LOSS DEDUCTIBLE. | | | | 5,925.46 |
| Account No.  **FIRST SPECIALTY INSURANCE DEDUCTIBLE** **PO BOX 6068-03** **Hermitage, PA 16148-1068** | - | | | 2014  THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS  OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR INSURANCE. | | | | 14,020.14 |
| Account No. **32BS**  **FL DEPT OF TRANSPORTATION VIOLATION ENFORCEMENT** **P.O. BOX 105477** **Atlanta, GA 30348-5477** | - | | | 2014  TOLL VIOLATION | | | | 111.50 |
| Account No. **HQ683**  **FLEETCOR TECH** **55 East Airtex Road** **Houston, TX 77073** | - | | | 2014  THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS  OWED BY COUNTRYSIDE POWER SWEEPING, INC., FORA CREDIT CARD | | | X | 30,000.00 |

Sheet no. __18__ of __45__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

52,484.10

B6F (Official Form 6F) (12/07) - Cont.

In re  **Brian Thomas Carney**                                                                              ,          Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. | | | | | | | | | |
| **JOHN C WILLIAMS & ASSOC** **P.O. BOX 29279** **Atlanta, GA 30359-0279** | | | | | Representing: **FLEETCOR TECH** | | | | **Notice Only** |
| Account No. **GS707** | | | | | 2014 | | | | |
| **FLEETCOR TECH OP CO** **1001 SERVICE RD EAST HWY190** **SUITE 200** **Covington, LA 70433** | - | | | | **THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS  OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR A CREDIT CARD** | | | | **36,600.00** |
| Account No. | | | | | | | | | |
| **John C. Williams** **& Associates** **Law Firm** **P.O. Box 29279** **Atlanta, GA 30359-0279** | | | | | Representing: **FLEETCOR TECH OP CO** | | | | **Notice Only** |
| Account No. | | | | | 2012 | | | | |
| **FLEETMATICS USA, LLC** **PO BOX 347742** **Pittsburgh, PA 15251-4472** | - | | | | **THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS  OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR SERVICES RENDERED.** | | | | **15,318.80** |
| Account No. | | | | | | | | | |
| **FLEETMATICS USA** **1100 WINTER STREET** **Waltham, MA 02451** | | | | | Representing: **FLEETMATICS USA, LLC** | | | | **Notice Only** |

Sheet no. __**19**__ of __**45**__  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**51,918.80**

B6F (Official Form 6F) (12/07) - Cont.

In re **Brian Thomas Carney**                                                            Case No. _____
                                                    ,
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **1841** <br><br> **FLEETONE LLC** <br> **1168 HICKMAN ROAD** <br> **Jacksonville, FL 32216** | - | | | **2013** <br><br> **THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS  OWED BY ECONOSWEEP & MAINTENANCE SERVICES, INC., FOR MATERIALS AND SUPPLIES.** | | | | **21,851.71** |
| Account No. <br><br> **BARRY W. KAUFMAN P.L.** <br> **11250 OLD ST AUGUSTINE RD** <br> **SUITE 15116** <br> **Jacksonville, FL 32257-1088** | | | | **Representing:** <br> **FLEETONE LLC** | | | | **Notice Only** |
| Account No. <br><br> **FLEETONE LLC** <br> **1168 HICKMAN ROAD** <br> **Jacksonville, FL 32216** | - | | | **THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR SERVICES RENDERED.** | | | | **Unknown** |
| Account No. <br><br> **FLEETONE LLC** <br> **600 SOUTH 7TH STREET** <br> **Louisville, KY 40203** | | | | **Representing:** <br> **FLEETONE LLC** | | | | **Notice Only** |
| Account No. <br><br> **FLORIDA GATEWAY LANDSCAPE & IRRIGATION, LLC** <br> **370 SW OAKWOOD COURT** <br> **Lake City, FL 32024** | - | | | **2015** <br><br> **THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS  OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR SERVICES RENDERED.** | | | | **125.00** |

Sheet no. __**20**__ of __**45**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**21,976.71**

B6F (Official Form 6F) (12/07) - Cont.

In re __Brian Thomas Carney__ _____,    Case No. _____
                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2014 | | | | |
| FLORIDA GEORGIA DISTRIBUTING 502 CASSATT AVENUE SUITE 103 Jacksonville, FL 32254 | - | | | THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR MATERIALS AND SUPPLIES. | | | | 5,472.34 |
| Account No. | | | | 2014 | | | | |
| FLORIDA TRANSCOR 6683 STUART AVE Jacksonville, FL 32254 | - | | | THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR SERVICES. | | | | 426.96 |
| Account No. 0101 | | | | 2014 | | | | |
| FOLEY & LARDNER 100 NORTH TAMPA STREET SUITE 2700 Tampa, FL 33602-5810 | - | | | THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS OWED BY ECONOSWEEP & MAINTENANCE SERVICES, INC., FOR LEGAL SERVICES | | | | 11,984.82 |
| Account No. | | | | 2015 | | | | |
| FUCCI'S FULL PACKAGE 2414 DUNDEE COURT W Lake City, FL 32056 | - | | | THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR SERVICES RENDERED. | | | | 2,475.00 |
| Account No. S707 | | | | 2013 | | | | |
| FUELMAN/UNIVERSAL PREMIUM PO BOX 923928 Norcross, GA 30010 | - | | | THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR MATERIAL AND SUPPLIES | | | | 62,391.05 |

Sheet no. __21__ of __45__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        82,750.17

11/25/15 10:24AM

B6F (Official Form 6F) (12/07) - Cont.

In re   **Brian Thomas Carney** _____,   Case No. _____
                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2013 | | | | |
| **GA - FLA POWER SWEEPING** **P.O. BOX 2506** **Valdosta, GA 31604-3506** | - | | | **THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS  OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR SERVICES RENDERED.** | | | | **3,200.00** |
| Account No. **LFL2** | | | | 2012 | | | | |
| **GEICO** **3535 WEST PIPKIN ROAD** **Lakeland, FL 33811** | - | | | **THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS  OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR AN INSURANCE CLAIM** | | X | X | **5,241.91** |
| Account No. | | | | | | | | |
| **CCS COMMERCIAL COLLECTIONS** **P.O. BOX 4360** **Portsmouth, NH 03802-4360** | | | | **Representing:** **GEICO** | | | | **Notice Only** |
| Account No. | | | | 2014 | | | | |
| **GENERAL TRUCK EQUIPMENT & TRAILER SALES, INC.** **P.O. BOX 6954** **Jacksonville, FL 32236** | - | | | **THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS  OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR MATERIAL AND SUPPLIES.** | | | | **173.34** |
| Account No. | | | | 2014 | | | | |
| **GEORGE'S WHOLESALE TIRE & AUTO SERVICE** **3200 N LECANTO HWY** **Beverly Hills, FL 34465** | - | | | **THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS  OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR MATERIAL AND SUPPLIES** | | | | **3,350.60** |

Sheet no. __22__ of __45__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**11,965.85**

B6F (Official Form 6F) (12/07) - Cont.

In re **Brian Thomas Carney** _____,    Case No. _____
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**GOLD STAR POOLS OF PB**<br>**639 EAST OCEAN**<br>**SUITE 101**<br>**Boynton Beach, FL 33435** | - | | | **2015**<br><br>**THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS  OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR MATERIAL AND SUPPLIES.** | | | | 1,270.00 |
| Account No.<br><br>**GUARANTEED AUTOMOTIVE & TRAN**<br>**4786 HWY AVE**<br>**Jacksonville, FL 32254** | - | | | **2014**<br><br>**THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS  OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR SERVICES RENDERED.** | | | | 3,853.34 |
| Account No. **6922**<br><br>**HESS FLEET CARD**<br>**613 BAKERTOWN ROAD**<br>**Antioch, TN 37013** | - | | | **2014**<br><br>**THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS  OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR A CREDIT CARD.** | | | | 9,587.17 |
| Account No.<br><br>**GREENBURG, GRANT ET AL**<br>**5858 WESTHEIMER, STE 500**<br>**Houston, TX 77057** | | | | **Representing:**<br>**HESS FLEET CARD** | | | | Notice Only |
| Account No. **6836**<br><br>**HESS FLEET CARD**<br>**613 BAKERTOWN ROAD**<br>**Antioch, TN 37013** | - | | | **THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS  OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR A CREDIT CARD.** | | | | 9,009.39 |

Sheet no. __**23**__ of __**45**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 23,719.90 |
|---|

B6F (Official Form 6F) (12/07) - Cont.

In re **Brian Thomas Carney** _____,    Case No. _____
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **2177** <br><br> **HOME DEPOT** <br> **P.O. BOX 790328** <br> **Saint Louis, MO 63179-0328** | - | | | **2013** <br><br> **THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR A CREDIT CARD** | | | | **1,838.39** |
| Account No. <br><br> **CITICARDS PRIVATE LABEL** <br> **PO BOX 20483** <br> **Kansas City, MO 64195-0483** | | | | Representing: <br> **HOME DEPOT** | | | | **Notice Only** |
| Account No. <br><br> **UNITED RECOV SYSTEMS** <br> **PO BOX 722929** <br> **Houston, TX 77272-2929** | | | | Representing: <br> **HOME DEPOT** | | | | **Notice Only** |
| Account No. <br><br> **IRS** <br> **P.O. BOX 7346** <br> **Philadelphia, PA 19101-7346** | - | | | **2011** <br><br> **IRS FORM 1040A 2011 INCOME TAXES** | | | | **8,069.87** |
| Account No. <br><br> **IRS** <br> **400 W BAY ST STE 35045** <br> **Jacksonville, FL 32202-4419** | | | | Representing: <br> **IRS** | | | | **Notice Only** |

Sheet no. __**24**__ of __**45**__ sheets attached to Schedule of          Subtotal      | **9,908.26** |
Creditors Holding Unsecured Nonpriority Claims                        (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Brian Thomas Carney**                                          ,  Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**J S TRADING, INC.**<br>**6524 NW 13TH COURT**<br>**Fort Lauderdale, FL 33313** | - | | **2015**<br><br>**THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR MATERIAL AND SUPPLIES.** | | | | **5,984.00** |
| Account No.<br><br>**JACKSONVILLE SEALCOATING & STRIPING, INC.**<br>**1011 RULING KING CT**<br>**Jacksonville, FL 32225** | - | | **2015**<br><br>**THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR SERVICES RENDERED.** | | | | **2,040.00** |
| Account No.<br><br>**JASON L PINCKNEY**<br>**5323 ARCHERY AVENUE**<br>**Jacksonville, FL 32208** | - | | **2014**<br><br>**THIS IS A BUSINESS DEBT WHICH IS OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR AN AUTO ACCIDENT** | | | X | **Unknown** |
| Account No.<br><br>**JEA**<br>**ATTN: CORRESPONDENCE DEP.**<br>**21 W CHURCH ST**<br>**Jacksonville, FL 32202-3155** | - | | **2015**<br><br>**THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR UTILITIES.** | | | | **263.19** |
| Account No.<br><br>**JM POWER SWEEPING & MAINTENANCE, INC.**<br>**461 IVES DAIRY RD STE 304B**<br>**Miami, FL 33179** | - | | **THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR SERVICES RENDERED.** | | | | **28,300.62** |

Sheet no. __25__ of __45__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**36,587.81**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Brian Thomas Carney** ,                                    Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **JNL SWEEPER, INC.** <br> **1069 E CERMARK ST** <br> **Hernando, FL 34442** | - | | | THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR SERVICES RENDERED. | | | | 687.35 |
| Account No. <br><br> **JOHN DEERE CREDIT** <br> **PO BOX 6630** <br> **Johnston, IA 50131-6630** | - | | | THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR A CREDIT CARD. | | | | 5,653.51 |
| Account No. <br><br> **JOHN DEERE LANDSCAPES** <br> **24110 NETWORK PL** <br> **Chicago, IL 60673-1241** | - | | | 2014 <br><br> THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR A CREDIT CARD. | | | | 1,807.11 |
| Account No. <br><br> **JOHNSON & SONS TREE SERVICE, LLC** <br> **PO BOX 367** <br> **Newberry, FL 32669-0367** | - | | | 2015 <br><br> THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR SERVICES RENDERED. | | | | 1,475.00 |
| Account No. <br><br> **JOINER & SWEEPING LAWN SERVICES, INC** <br> **2225 CARTER RD** <br> **Saint Augustine, FL 32084** | - | | | 2015 <br><br> THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR SERVICES RENDERED. | | | | 800.00 |

Sheet no. __26__ of __45__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

10,422.97

B6F (Official Form 6F) (12/07) - Cont.

In re  **Brian Thomas Carney**                                                                    ,                    Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2014 | | | | |
| **JP'S SPRAYER & TANKS** <br> **912 E NORVELL BRYANT HWY** <br> **Hernando, FL 34442-2826** | - | | | THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR SERVICES RENDERED. | | | | 100.56 |
| Account No. | | | | 2015 | | | | |
| **JULIO SALAZAR** <br> **223 S HARRISON ST** <br> **Beverly Hills, FL 34465** | - | | | THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR SERVICES RENDERED. | | | X | 915.00 |
| Account No. | | | | 2014 | | | | |
| **KING OF SWEEPS, LLC** <br> **830 DAY AVE** <br> **Jacksonville, FL 32205** | - | | | THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR SERVICES RENDERED. | | | | 10,063.68 |
| Account No. | | | | 2015 | | | | |
| **KNG MAINTENANCE MANAGEMENT** <br> **1732 NW 83 ST** <br> **Miami, FL 33147** | - | | | THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR SERVICES RENDERED. | | | | 701.73 |
| Account No. | | | | 2014 | | | | |
| **LAW ENFORCEMENT SYSTEMS, LLC** <br> **PO BOX 2182** <br> **Milwaukee, WI 53201-2182** | - | | | THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR MATERIALS AND SUPPLIES. | | | | 480.60 |

Sheet no. __27__ of __45__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

12,261.57

B6F (Official Form 6F) (12/07) - Cont.

In re **Brian Thomas Carney** ,          Case No. _____
_____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2015 | | | | |
| LAWN MORE PO BOX 6210 Gainesville, FL 32627 | | - | | THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR SERVICES RENDERED. | | | | 2,390.00 |
| Account No. | | | | 2012 | | | | |
| LEASE CONSULTANTS CORP PO BOX 71397 Clive, IA 50325 | | - | | THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR SERVICES RENDERED. | | | X | Unknown |
| Account No. | | | | 2014 | | | | |
| LINEBARGER GOOGAN ET AL P.O. BOX 56107 Jacksonville, FL 32241 | | - | | THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR LEGAL SERVICES | | | | 19,153.33 |
| Account No. | | | | 2014 | | | | |
| LOTS R US POWER SWEEPING 585 N WAYMAN ST Longwood, FL 32750 | | - | | THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR SERVICES RENDERED. | | | | 4,261.67 |
| Account No. | | | | 2013 | | | | |
| MARSHALL LANDSCAPES, INC 1649 SW ALBATROSS WAY Palm City, FL 34990 | | - | | THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR MATERIAL AND SUPPLIES. | | | | 19,220.00 |

Sheet no. __28__ of __45__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          45,025.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Brian Thomas Carney**                                                                      Case No. _____
                                                            ,
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. | | 2014 | | | | | | | |
| MASTERS LAWN CARE 1610 NW 55TH PLACE Gainesville, FL 32653 | - | | | | THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR SERVICES RENDERED. | | | | 7,545.00 |
| Account No. | | 2015 | | | | | | | |
| MCCALL SERVICE, INC 415 NW 250TH ST, SUITE 1 Newberry, FL 32669 | - | | | | THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS  OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR SERVICES RENDERED. | | | | 598.40 |
| Account No. | | 2013 | | | | | | | |
| MESIS LANDSCAPING SERVICES 18950 SW 139TH AVE Miami, FL 33177 | - | | | | THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS  OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR MATERIAL AND SUPPLIES. | | | | 32,669.00 |
| Account No. | | 2015 | | | | | | | |
| MID-FLORIDA SWEEPING SERVICE PO BOX 721651 Orlando, FL 32872-1651 | - | | | | THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS  OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR SERVICES RENDERED. | | | | 9,317.25 |
| Account No. | | 2014 | | | | | | | |
| MILLER BEARINGS, INC 1635 N MAGNOLIA AVE Ocala, FL 34475 | - | | | | THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS  OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR FOR MATERIAL AND SUPPLIES. | | | | 720.13 |

Sheet no. __29__ of __45__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

50,849.78

B6F (Official Form 6F) (12/07) - Cont.

In re   **Brian Thomas Carney**                                                  ,          Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**MJM HOLDINGS LLC**<br>**3775 INTERSTATE PARK RD W**<br>**West Palm Beach, FL 33404** | - | | | 2014<br><br>**THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR STORAGE CHARGES.** | | | X | 9,811.84 |
| Account No.<br><br>**MORGAN & MORGAN**<br>**20 NORTH ORANGE AVE.**<br>**SUITE 1600**<br>**Orlando, FL 32801** | - | | | 2013<br><br>**THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR LEGAL SERVICES.** | | | | 5,461.85 |
| Account No.<br><br>**MR KNOW IT ALL, LLC**<br>**218 CAMFIELD ST**<br>**Jacksonville, FL 32222** | - | | | 2014<br><br>**THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR SERVICES RENDERED.** | | | | 63.00 |
| Account No.<br><br>**MR TREE & LAWN SERVICES, LLC**<br>**4501 NW 21ST DR**<br>**Gainesville, FL 32605** | - | | | 2014<br><br>**THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR SERVICES RENDERED.** | | | | 1,500.00 |
| Account No.<br><br>**MUNICIPAL SERVICES BUREAU**<br>**PO BOX 16755**<br>**Austin, TX 78761-6755** | - | | | 2014<br><br>**THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR SERVICES RENDERED.** | | | | 1,532.59 |

Sheet no. __30__ of __45__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

18,369.28

B6F (Official Form 6F) (12/07) - Cont.

In re **Brian Thomas Carney**                                              Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**NAPA AUTO PARTS**<br>**P.O. BOX 409043**<br>**Atlanta, GA 30384-9043** | - | | | **THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR MATERIAL AND SUPPLIES.** | | | | **3,110.93** |
| Account No.<br><br>**NATHAN SPAULDING**<br>**9388 COXWELL LANE**<br>**Jacksonville, FL 32221** | - | | | 2013<br><br>**POSSIBLE RIGHT OF CONTRIBUTION AS A CO-GUARANTOR FO DEBTS OF ECONOSWEEP & MAINTENANCE SERVICES, INC. AND COUNTRYSIDE POWER SWEEPING, INC.** | | | X | **Unknown** |
| Account No.<br><br>**FARAH LAW GROUP**<br>**6550 ST AUGUSTINE ROAD**<br>**SUITE 103**<br>**Jacksonville, FL 32217** | | | | Representing:<br>**NATHAN SPAULDING** | | | | **Notice Only** |
| Account No.<br><br>**KELLY SPAULDING**<br>**9388 COXWELL LANE**<br>**Jacksonville, FL 32221** | | | | Representing:<br>**NATHAN SPAULDING** | | | | **Notice Only** |
| Account No.<br><br>**NATIONAL MEDICAL & DENTAL SUPPLY**<br>**135-1 CUMBERLAND PARK DR**<br>**Saint Augustine, FL 32095** | - | | | 2013<br><br>**THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR MATERIAL AND SUPPIES.** | | | | **4,116.86** |

Sheet no. __31__ of __45__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**7,227.79**

11/25/15 10:24AM

B6F (Official Form 6F) (12/07) - Cont.

In re   **Brian Thomas Carney**                                                                    ,          Case No. _____
                                                      Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | 2015 | | | | | |
| **NATIONAL SWEEPING, INC 103 VISTA VERDI CIRCLE APT 201 Lake Mary, FL 32746** | - | | | THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR SERVICES RENDERED. | | | | 15,286.90 |
| Account No. | | | 2014 | | | | | |
| **NEW SMYRNA GLASS & DESIGN CENTER 823 S DIXIE FRWY New Smyrna Beach, FL 32168** | - | | | THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR MATERIAL AND SUPPLIES. | | | | 417.26 |
| Account No. | | | 2014 | | | | | |
| **NORTH SIDE LOCK KEY & SAFE 1290 DUNN AVE Jacksonville, FL 32218** | - | | | THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR SERVICES RENDERED. | | | | 762.91 |
| Account No. | | | 2013 | | | | | |
| **ORLANDO-ORANGE COUNTY EXPRESSWAY AUTHORITY PO BOX 585070 Orlando, FL 32858-5070** | - | | | THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR SERVICES RENDERED. | | | X | 3,002.75 |
| Account No. | | | 201 | | | | | |
| **P&T SWEEPING SERVICE, LLC 6726 N ORANGE BLOSSOM TRAIL Mount Dora, FL 32757** | - | | | THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR SERVICES RENDERED.T | | | | 3,416.34 |

Sheet no. __32__ of __45__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

22,886.16

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re   **Brian Thomas Carney**                                                    ,        Case No. _____
                                          **Debtor**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H W | J C | | | | | |
| Account No. **0044**<br><br>**PAYROLL FUNDING COMPANY, LLC**<br>**2809 HIGH SAIL CT**<br>**Las Vegas, NV 89117** | - | | | **2013**<br><br>**THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR A BUSINESS LOAN.** | | | X | 75,805.85 |
| Account No.<br><br>**PAYROLL MANAGEMENT, INC**<br>**127 MIRACLE STRIP PKWY NW**<br>**STE# N7**<br>**Fort Walton Beach, FL 32548** | - | | | **JUDGMENT** | | | X | 351,279.42 |
| Account No.<br><br>**JOHN S. MEAD**<br>**24 WALTER MARTIN ROAD**<br>**SUITE 201**<br>**Fort Walton Beach, FL 32548** | | | | **Representing:**<br>**PAYROLL MANAGEMENT, INC** | | | | **Notice Only** |
| Account No.<br><br>**PMI COMMUNICATIONS & MARKETING SERVICES**<br>**6220 W CORPORATE OAKS DR**<br>**Crystal River, FL 34429** | - | | | **THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR SERVICES RENDERED.** | | | | 1,134.00 |
| Account No.<br><br>**POLK COUNTY**<br>**CLERK OF COURTS**<br>**3425 LAKE ALFRED ROAD**<br>**#7 GILL JONES CENTER**<br>**Winter Haven, FL 33881** | - | | | **THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR SERVICES RENDERED.** | | | | 2,640.00 |

Sheet no. __33__ of __45__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      430,859.27

B6F (Official Form 6F) (12/07) - Cont.

In re **Brian Thomas Carney**                                              , Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2015 | | | | |
| PRO PREMIUM FINANCE COMPANY, INC PO BOX 817089 Hollywood, FL 33081-1089 | - | | | THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR LINE OF CREDIT. | | | | 46,796.18 |
| Account No. | | | | | | | | |
| R&R GARDEN SUPPLY 8150 NW 93 ST Miami, FL 33166 | - | | | THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR MATERIAL AND SUPPLIES. | | | | 1,096.82 |
| Account No. | | | | | | | | |
| RAYMOND'S USED TRUCKS & PARTS, INC 1157 EASTPORT RD Jacksonville, FL 32218-2262 | - | | | THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR MATERIAL AND SUPPLIES. | | | | 4,884.55 |
| Account No. 7924 | | | | 2015 | | | | |
| REGIONS BANK P.O. BOX 11407 Birmingham, AL 35246-8651 | - | | | THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR BANK CHARGES. | | | | 17.91 |
| Account No. | | | | 2014 | | | | |
| ROBERT BENNETT 9025 GREENLEAF ROAD Jacksonville, FL 32208 | - | | | THIS IS A BUSINESS DEBT WHICH IS OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR WORKER COMPENSATION | | | X | Unknown |

Sheet no. __34__ of __45__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                    52,795.46

B6F (Official Form 6F) (12/07) - Cont.

In re  **Brian Thomas Carney**                                                          ,    Case No. _____
                                            **Debtor**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**JONATHAN B ISRAEL<br>1837 HENDRICKS AVENUE<br>Jacksonville, FL 32207** | | | **Representing:<br>ROBERT BENNETT** | | | | **Notice Only** |
| Account No.<br><br>**PAJCIC & PAJCIC<br>ONE INDEPENDENT DRIVE<br>SUITE 1900<br>Jacksonville, FL 32202-5013** | | | **Representing:<br>ROBERT BENNETT** | | | | **Notice Only** |
| Account No.<br><br>**ROCK N ROLL SWEEPING, LLC<br>3423 E WAOGON TRAIL<br>Hernando, FL 34442** | - | | **2015**<br><br>**THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR SERVICES RENDERED.** | | | | **6,811.40** |
| Account No.<br><br>**S B FINANCIAL SOLUTIONS, LLC<br>PO BOX 503<br>Lanham, MD 20703** | - | | **2011**<br><br>**THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR A LOAN.** | | | | **Unknown** |
| Account No.<br><br>**SBA<br>7825 BAYMEADOWS WAY<br>SUITE 1000B<br>Jacksonville, FL 32256-7549** | - | | **2012**<br><br>**THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR THE BANK UNITED COMMERCIAL LOAN** | X | | | **Unknown** |

Sheet no. __35__ of __45__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**6,811.40**

B6F (Official Form 6F) (12/07) - Cont.

In re __Brian Thomas Carney_____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.

**SCALLYS**
**12059 N FLORIDA AVE**
**Dunnellon, FL 34434** | - | | | THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR SERVICES RENDERED. | | | | 871.50 |
| Account No.

**SCOTTSDALE INSURANCE COMPANY**
**PO BOX 4120**
**Scottsdale, AZ 85261-9865** | - | | | 2013

THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR INSURANCE PREMIUMS. | | | | 512.70 |
| Account No.

**SERVICE AUTO GLASS**
**3122 SHADER RD**
**Orlando, FL 32808** | - | | | THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR MATERIAL AND SUPPLIES. | | | | 159.66 |
| Account No.

**SHERWIN WILLIAMS**
**4506 N ORANGE BLOSSOM TRAIL**
**#6**
**Orlando, FL 32804-2764** | - | | | THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR MATERIAL AND SUPPLIES. | | | | 1,386.88 |
| Account No.

**SHIVER SWEEPING, LLC**
**4823 WALLER ST**
**Jacksonville, FL 32254** | - | | | 2015

THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR SERVICES RENDERED. | | | | 7,563.11 |

Sheet no. __36__ of __45__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

10,493.85

B6F (Official Form 6F) (12/07) - Cont.

In re   **Brian Thomas Carney**
                                                                    Case No. _____
                                    ,
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2013 | | | | |
| **SIGNATURE FINANCIAL, LLC** **68 SOUTH SERVICE ROAD** **Melville, NY 11747** | - | | | THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR A LOAN. | | | | **Unknown** |
| Account No. | | | | THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR SERVICES RENDERED. | | | | |
| **SIGNING AMERICA CORPORATION** **2079 N POWERLINE RD SUITE #2** **Pompano Beach, FL 33069** | - | | | | | | | **63.00** |
| Account No. | | | | 2011 | | | | |
| **SMALL BUSINESS FINANCE  SOL** **P.O. BOX 503** **Lanham, MD 20703** | - | | | THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR SERVICES RENDERED. | | | X | **Unknown** |
| Account No. | | | | THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR MATERIAL AND SUPPLIES. | | | | |
| **SNAP-ON** **8001 E SHANNON CT** **Inverness, FL 34450** | - | | | | | | | **42.53** |
| Account No. | | | | THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR MATERIAL AND SUPPLIES. | | | | |
| **SOUTHEASTERN PAPER GROUP INC** **PO BOX 890672** **Charlotte, NC 28289-0672** | - | | | | | | | **3,944.36** |

Sheet no. __37__ of __45__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **4,049.89**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Brian Thomas Carney**                                                    ,        Case No. _____
                                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **1324** | | | | **2013** | | | | |
| **SOUTHERN TREE, LLC**<br>**2762 W BEAVER ST**<br>**Jacksonville, FL 32254** | - | | | **THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR SERVICES RENDERED.** | | | | **16,000.00** |
| Account No. | | | | **THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR SERVICES RENDERED.** | | | | |
| **SPRINT**<br>**BANKRUPTCY DEPT**<br>**PO BOX 7949**<br>**Overland Park, KS 66207-0949** | - | | | | | | | **1,388.05** |
| Account No. | | | | | | | | |
| **RECEIVABLES PERFORMANCE MGT**<br>**P.O. BOX 1548**<br>**Lynnwood, WA 98046** | | | | **Representing:**<br>**SPRINT** | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **SPRINT**<br>**PO BOX 105243**<br>**Atlanta, GA 30348-5243** | | | | **Representing:**<br>**SPRINT** | | | | **Notice Only** |
| Account No. | | | | **THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR  MATERIAL AND SUPPLIES.** | | | | |
| **ST. LUCIE BATTERY & TIRE**<br>**6911 HANCOCK DR**<br>**Port Saint Lucie, FL 34952** | - | | | | | | | **17.79** |

Sheet no. __**38**__ of __**45**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**17,405.84**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Brian Thomas Carney**                                                              Case No. _____

  ,

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5219** | | | | | **2015** | | | | |
| **STATE FARM** 10371 ROYAL PALM BLVD Pompano Beach, FL 33065 | - | | | | THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR INSURANCE PREMIUMS. | | | | 1,386.00 |
| Account No. | | | | | **2012** | | | | |
| **STEARNS BANK N.A.** 500 13TH STREET Albany, MN 56307 | - | | | | THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR SERVICES RENDERED. | | | X | Unknown |
| Account No. | | | | | THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR SERVICES RENDERED. | | | | |
| **STORAGE AMERICA** 1145 CAPRICORN BLVD Punta Gorda, FL 33983 | - | | | | | | | | Unknown |
| Account No. | | | | | THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR MATERIAL AND SUPPLIES. | | | | |
| **STOTT BOLT** 5538 HIGHWAY AVE Jacksonville, FL 32254 | - | | | | | | | | 240.34 |
| Account No. | | | | | THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR SERVICES RENDERED. | | | | |
| **SUN PASS** PO BOX 880029 Boca Raton, FL 33488-0029 | - | | | | | | | | 339.91 |

Sheet no. __**39**__ of __**45**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,966.25

B6F (Official Form 6F) (12/07) - Cont.

In re __Brian Thomas Carney__ ,     Case No. _____

                      Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**SUN POWER LAWN CARE**<br>**8833 NW 35TH PL**<br>**Gainesville, FL 32606** | - | | **2015**<br><br>**THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR SERVICES RENDERED.** | | | | **420.00** |
| Account No. **4203**<br><br>**SUNBELT RENTALS**<br>**PO BOX 409211**<br>**Atlanta, GA 30384-9211** | - | | **2014**<br><br>**THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR SERVICES RENDERED.** | | | | **1,611.56** |
| Account No.<br><br>**SUPERIOR LAWN SERVICES**<br>**PO BOX 65778**<br>**Orange Park, FL 32065** | - | | **2015**<br><br>**THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR SERVICES RENDERED.** | | | | **34,801.99** |
| Account No.<br><br>**SYNCHRONY BANK**<br>**ATTN: BANKR DEPT**<br>**P.O. BOX 965060**<br>**Orlando, FL 32896-5060** | - | | **2014**<br><br>**LOAN** | | | | **10,003.00** |
| Account No.<br><br>**THE CHECK CASHING STORE**<br>**6340 NW 5TH WAY**<br>**Fort Lauderdale, FL 33309** | - | | **THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR SERVICES RENDERED.** | | | | **220.00** |

Sheet no. __40__ of __45__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                               Subtotal<br>(Total of this page)      **47,056.55**

B6F (Official Form 6F) (12/07) - Cont.

In re **Brian Thomas Carney** ,                                   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**THE MASTER'S LAWN CARE, LLC**<br>**4022 NW 34TH TER**<br>**Gainesville, FL 32605** | - | | | **THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR SERVICES RENDERED.** | | | | 7,545.00 |
| Account No.<br><br>**THEA TOLL PAYMENT CENTER**<br>**PO BOX 864667**<br>**Orlando, FL 32886-4667** | - | | | **THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR SERVICES RENDERED.** | | | | 60.50 |
| Account No.<br><br>**TRUCKS 2 GO**<br>**4301 E 7TH AVE**<br>**Tampa, FL 33605** | - | | | **THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR SERVICES RENDERED.** | | | | 5,711.50 |
| Account No.<br><br>**TRUGREEN**<br>**5120 COMMERCIAL DR**<br>**Melbourne, FL 32940** | - | | | **THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR SERVICES RENDERED.** | | | | 647.00 |
| Account No.<br><br>**TRUGREEN**<br>**5605 FLORIDA MINING BLVD**<br>**MAIL STOP TG-RTN**<br>**Memphis, TN 38120** | - | | | **THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR SERVICES RENDERED.** | | | | 1,322.00 |

Sheet no. __41__ of __45__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

15,286.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Brian Thomas Carney**                                                ,     Case No. _____
                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR SERVICES RENDERED. | | | | |
| **TRUGREEN 5605 FLORIDA MINING BLVD MAIL STOP TG-RTN Memphis, TN 38120** | | - | | | | | | 680.00 |
| Account No. | | | | THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR SERVICES RENDERED. | | | | |
| **TRUGREEN 5605 FLORIDA MINING BLVD MAIL STOP TG-RTN Memphis, TN 38120** | | - | | | | | | 203.00 |
| Account No. | | | | THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR SERVICES RENDERED. | | | | |
| **TUCKER ALBIN ASSOCIATES 1702 N COLLINS BLVD STE# 100 Richardson, TX 75080** | | - | | | | | | 218.15 |
| Account No. | | | | THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR SERVICES RENDERED. | | | | |
| **TWIN CUTS LANDSCAPING AND PROPERTY MANAGEMENT 1251 SPARTON AVE Port Orange, FL 32127** | | - | | | | | | 2,287.00 |
| Account No. | | | | THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR SERVICES RENDERED. | | | | |
| **UNITED AMERICAN LIEN & RECOVERY PO BOX 5823 Fort Lauderdale, FL 33310** | | - | | | | | X | 6,241.84 |

Sheet no. __42__ of __45__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

9,629.99

11/25/15 10:24AM

B6F (Official Form 6F) (12/07) - Cont.

In re **Brian Thomas Carney** ,                                    Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**UNIVERSAL FIRE**<br>**2232 W 80 ST**<br>**BAY 1**<br>**Hialeah, FL 33016** | | - | **THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR SERVICES RENDERED.** | | | | 80.25 |
| Account No.<br><br>**URBAN TRUST BANK**<br>**8808 BEACH BLVD**<br>**Jacksonville, FL 32216** | | - | **THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR SERVICES RENDERED.** | | | | 376.00 |
| Account No.<br><br>**US SWEEPING, INC**<br>**20533 BISCAYNE BLVD SUITE# 4**<br>**Miami, FL 33180** | | - | 2015<br><br>**THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR SERVICES RENDERED.** | | | | 9,725.00 |
| Account No.<br><br>**USA PATRIOT SERVICE, INC**<br>**5022 OWLS NEST CT**<br>**Callahan, FL 32011** | | - | 2015<br><br>**THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR SERVICES RENDERED.** | | | | 825.00 |
| Account No.<br><br>**VAN ELMORE SERVICES, INC**<br>**12 BUERGER RD**<br>**Mobile, AL 36608** | | - | 2015<br><br>**THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR SERVICES RENDERED.** | | | | 7,612.50 |

Sheet no. __43__ of __45__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

18,618.75

B6F (Official Form 6F) (12/07) - Cont.

In re **Brian Thomas Carney**                                                                   Case No. _____

_____,

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR SERVICES RENDERED. | | | | |
| VICTORY SWEEPERS, INC 9584 MADISON BLVD Madison, AL 35758 | | - | | | | | | 593.00 |
| Account No. | | | | 2012 | | | | |
| VIKING FUNDING GROUP 8814 LITTLE NECK PARKWAY Floral Park, NY 11001 | | - | | THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR SERVICES RENDERED. | | | X | Unknown |
| Account No. | | | | THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS  OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR SERVICES RENDERED. | | | | |
| WASTE MANAGEMENT OF PASCO P.O. BOX 105453 Atlanta, GA 30348-5453 | | - | | | | | | 1,146.49 |
| Account No. | | | | 2015 | | | | |
| WAYNE'S DISCOUNT CLEANING & SERVICES 5534 CASAVERDA CT Jacksonville, FL 32244 | | - | | THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS  OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR SERVICES RENDERED. | | | | 7,875.00 |
| Account No. 8701 | | | | 2011 | | | | |
| WELLS FARGO PO BOX 10347 Des Moines, IA 50306-0347 | | - | | THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS  OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR A LINE OF CREDIT. | | | | 18,431.72 |

Sheet no. __44__ of __45__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

28,046.21

B6F (Official Form 6F) (12/07) - Cont.

In re __Brian Thomas Carney_____,     Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **WELLS FARGO EQUIP FIN 1540 WEST FOUNTAINHEAD PKWY Tempe, AZ 85282** | | | | Representing: **WELLS FARGO** | | | | **Notice Only** |
| Account No. **1619** | | | | 2015 | | | | |
| **WEX BANK P.O. BOX 639 Portland, ME 04104** | - | | | **THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR MATERIALS AND SUPPLIES.** | | | | **72,090.00** |
| Account No. | | | | 2014 | | | | |
| **WILLIAMS ENTERPRISES LLC 3258 ERNEST ST Jacksonville, FL 32205** | - | | | **THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR MATERIAL AND SUPPLIES.** | | | | **23,674.79** |
| Account No. | | | | **THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR MATERIAL AND SUPPLIES.** | | | | |
| **XTREME DIESEL PERFORMANCE 1758 STATE ROUTE 34 N Farmingdale, NJ 07727** | - | | | | | | | **92.53** |
| Account No. | | | | 2015 | | | | |
| **ZAHAVA MISHELE 3908 N CIRCLE DR Hollywood, FL 33021** | - | | | **THIS IS A BUSINESS DEBT WHICH IS A GUARANTEE OF AN INDEBTEDNESS OWED BY COUNTRYSIDE POWER SWEEPING, INC., FOR SERVICES RENDERED.** | | | X | **2,750.00** |

Sheet no. __45__ of __45__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | **98,607.32** |
| Total (Report on Summary of Schedules) | **6,156,951.42** |

B6G (Official Form 6G) (12/07)

In re   __Brian Thomas Carney__                                    ,     Case No. _____
                                        Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|

__0__
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

B6H (Official Form 6H) (12/07)

In re __Brian Thomas Carney_____,    Case No. _____
                              Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **COUNTRYSIDE POWER SWEEPING**<br>**1159 EAST OVERDRIVE CIRCLE**<br>**Hernando, FL 34442** | **SEE ATTACHMENT** |
| **ECONOSWEEP & MAINT. SERV.**<br>**1159 EAST OVERDRIVE CIRCLE**<br>**Hernando, FL 34442** | **SEE ATTACHMENT** |
| **TANA CARNEY**<br>**3317 W VILLANOVA CT**<br>**Beverly Hills, FL 34465-2288** | **BRANNEN BANK**<br>**P.O. BOX 1929**<br>**Inverness, FL 34451-1929** |
| **TANA CARNEY**<br>**3317 W VILLANOVA CT**<br>**Beverly Hills, FL 34465-2288** | **FIDELITY BANK**<br>**PO BOX 105075**<br>**Atlanta, GA 30348-5075** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Brian Thomas Carney** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA |
| Case number (If known) | |

Check if this is:

☐ An amended filing
☐ A supplement showing post-petition chapter 13 income as of the following date:

_____
MM / DD / YYYY

## Official Form B 6I
## Schedule I: Your Income
12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Employment status | ■ Employed ☐ Not employed | ☐ Employed ■ Not employed |
| | Occupation | MANAGER | |
| | Employer's name | COUNTRYSIDE PROP. MAINT. | |
| | Employer's address | 1450 MADRUGA AVE STE 407 Miami, FL 33146 | |
| | How long employed there? | 2015 | |

### Part 2: Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 13,315.00 | $ 0.00 |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$ 0.00 | +$ 0.00 |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4. | $ 13,315.00 | $ 0.00 |

Debtor 1    **Brian Thomas Carney**                                            Case number (*if known*)

|  | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here | 4. | $    13,315.00 | $    0.00 |

5. **List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $    3,835.00 | $    0.00 |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $    0.00 | $    0.00 |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $    0.00 | $    0.00 |
| 5d. **Required repayments of retirement fund loans** | 5d. | $    0.00 | $    0.00 |
| 5e. **Insurance** | 5e. | $    700.00 | $    0.00 |
| 5f. **Domestic support obligations** | 5f. | $    0.00 | $    0.00 |
| 5g. **Union dues** | 5g. | $    0.00 | $    0.00 |
| 5h. **Other deductions.** Specify: _____ | 5h.+ | $    0.00    + | $    0.00 |

6. **Add the payroll deductions.**  Add lines 5a+5b+5c+5d+5e+5f+5g+5h.    6.    $    4,535.00    $    0.00

7. **Calculate total monthly take-home pay.**  Subtract line 6 from line 4.    7.    $    8,780.00    $    0.00

8. **List all other income regularly received:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $    0.00 | $    0.00 |
| 8b. **Interest and dividends** | 8b. | $    0.00 | $    0.00 |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $    0.00 | $    0.00 |
| 8d. **Unemployment compensation** | 8d. | $    0.00 | $    0.00 |
| 8e. **Social Security** | 8e. | $    0.00 | $    0.00 |
| 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $    0.00 | $    0.00 |
| 8g. **Pension or retirement income** | 8g. | $    0.00 | $    0.00 |
| 8h. **Other monthly income.** Specify: _____ | 8h.+ | $    0.00    + | $    0.00 |

9. **Add all other income.**  Add lines 8a+8b+8c+8d+8e+8f+8g+8h.    9.    $    0.00    $    0.00

10. **Calculate monthly income.**  Add line 7 + line 9.    10.    $    8,780.00  +  $    0.00  =  $    8,780.00
    Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in Schedule J.**
    Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
    Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
    Specify: _____    11.    +$    0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.**  The result is the combined monthly income.
    Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies    12.    $    8,780.00

    **Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
    ■ No.
    ☐ Yes. Explain: _____

Fill in this information to identify your case:

Debtor 1      **Brian Thomas Carney**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter
13 expenses as of the following date:

    MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor
2 maintains a separate household

## Official Form B 6J
# Schedule J: Your Expenses
12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct
information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case
number (if known). Answer every question.

**Part 1:**    **Describe Your Household**

1.  **Is this a joint case?**

    ■No. Go to line 2.
    ☐Yes. **Does Debtor 2 live in a separate household?**

       ☐No
       ☐Yes. Debtor 2 must file a separate Schedule J.

2.  **Do you have dependents?**   ☐No

| Do not list Debtor 1 and Debtor 2.<br>Do not state the dependents' names. | ■Yes. Fill out this information for each dependent.............. | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|---|---|
| | | WIFE | | ☐No<br>■Yes |
| | | DAUGHTER | 15 | ☐No<br>■Yes |
| | | | | ☐No<br>☐Yes |
| | | | | ☐No<br>☐Yes |

3.  **Do your expenses include
expenses of people other than
yourself and your dependents?**   ■No
  ☐Yes

**Part 2:**    **Estimate Your Ongoing Monthly Expenses**

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report
expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the
applicable date.

Include expenses paid for with non-cash government assistance if you know
the value of such assistance and have included it on *Schedule I: Your Income*
(Official Form 6I.)

| | | Your expenses |
|---|---|---|

4.  The rental or home ownership expenses for your residence. Include first mortgage
payments and any rent for the ground or lot.      4. $    **2,400.00**

    If not included in line 4:

| 4a. | Real estate taxes | 4a. $ | 0.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ | 0.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ | 200.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $ | 10.00 |
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. $ | 1,055.00 |

Debtor 1    **Brian Thomas Carney**                                                      Case number (if known)

| | | | | |
|---|---|---|---|---|
| 6. | **Utilities:** | | | |
| | 6a.  Electricity, heat, natural gas | 6a. | $ | 400.00 |
| | 6b.  Water, sewer, garbage collection | 6b. | $ | 100.00 |
| | 6c.  Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ | 350.00 |
| | 6d.  Other. Specify: | 6d. | $ | 0.00 |
| 7. | **Food and housekeeping supplies** | 7. | $ | 1,500.00 |
| 8. | **Childcare and children's education costs** | 8. | $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | $ | 250.00 |
| 10. | **Personal care products and services** | 10. | $ | 100.00 |
| 11. | **Medical and dental expenses** | 11. | $ | 300.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $ | 600.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $ | 345.00 |
| 14. | **Charitable contributions and religious donations** | 14. | $ | 0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a.  Life insurance | 15a. | $ | 350.00 |
| | 15b.  Health insurance | 15b. | $ | 0.00 |
| | 15c.  Vehicle insurance | 15c. | $ | 350.00 |
| | 15d.  Other insurance. Specify: | 15d. | $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. | $ | 0.00 |
| 17. | **Installment or lease payments:** | | | |
| | 17a.  Car payments for Vehicle 1 | 17a. | $ | 470.00 |
| | 17b.  Car payments for Vehicle 2 | 17b. | $ | 0.00 |
| | 17c.  Other. Specify: | 17c. | $ | 0.00 |
| | 17d.  Other. Specify: | 17d. | $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5,** *Schedule I, Your Income* **(Official Form 6I).** | 18. | $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | 19. | $ | 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on** *Schedule I: Your Income.* | | | |
| | 20a.  Mortgages on other property | 20a. | $ | 0.00 |
| | 20b.  Real estate taxes | 20b. | $ | 0.00 |
| | 20c.  Property, homeowner's, or renter's insurance | 20c. | $ | 0.00 |
| | 20d.  Maintenance, repair, and upkeep expenses | 20d. | $ | 0.00 |
| | 20e.  Homeowner's association or condominium dues | 20e. | $ | 0.00 |
| 21. | **Other:** Specify: | 21. | +$ | 0.00 |
| 22. | **Your monthly expenses.** Add lines 4 through 21. The result is your monthly expenses. | 22. | $ | 8,780.00 |
| 23. | **Calculate your monthly net income.** | | | |
| | 23a.  Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. | $ | 8,780.00 |
| | 23b.  Copy your monthly expenses from line 22 above. | 23b. | -$ | 8,780.00 |
| | 23c.  Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. | $ | 0.00 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

■No.

☐Yes. Explain:

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Middle District of Florida

In re   **Brian Thomas Carney**                                                                Case No. _____

                                                           Debtor(s)           Chapter       **7**   _____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

       I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   **64**   sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **November 25, 2015**                             Signature   **/s/ Brian Thomas Carney**
                                                                                **Brian Thomas Carney**
                                                                                Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## Middle District of Florida

In re    **Brian Thomas Carney**                                                            Case No.
                                            Debtor(s)                    Chapter        **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$88,624.00** | **2015 YTD: EMPLOYMENT** |
| **$100,000.00** | **2014 ESTIMATED: EMPLOYMENT** |
| **$100,000.00** | **2013 ESTIMATED: EMPLOYMENT** |

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|

B7 (Official Form 7) (04/13)
2

### 3. Payments to creditors

None ■    *Complete a. or b., as appropriate, and c.*

    a.   *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

None ■    b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
| --- | --- | --- | --- |

None ■    c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
| --- | --- | --- | --- |
| **PAYROLL MANAGEMENT, INC., CASE NO.:2014-CA-003691 A Florida Corporation, Plaintiff, v. COUNTRYSIDE POWER SWEEPING, INC.** | **COLLECTIONS CASE** | **IN THE CIRCUIT COURT IN AND FOR OKALOOSA COUNTY, FLORIDA** | **JUDGMENT** |
| **EAST CPITAL LLC VS COUNTRYSIDE POWER SWEEPING INC AND BRIAN CARNEY INDEX NO. 160028/2015** | **COLLECTIONS CASE** | **SUPREME COURT OF THE STATE OF NEW YORK COUNTY OF NEW YORK** | **PENDING** |
| **EAST COAST FINEST OUTDOOR SERVICES INC VS. BRIAN CARNEY ET AL CASE 2015-CA-12839** | **CONTRACTUAL DISPUTE** | **CIRCUIT COURT FIFTEENTH JUDICIAL CIRCUIT OF FLORIDA PALM BEACH COUNTY** | **PENDING** |

None ■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*  *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)
3

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

---

### 5. Repossessions, foreclosures and returns

None  ■   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

---

### 6. Assignments and receiverships

None  ■   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None  ■   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

---

### 7. Gifts

None  ■   List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

---

### 8. Losses

None  ■   List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

---

### 9. Payments related to debt counseling or bankruptcy

None  ☐   List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

B7 (Official Form 7) (04/13)

4

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **RICHARD A PERRY**<br>**820 EAST FORT KING ST**<br>Ocala, FL 34471-2320 | **2015** | **$4,000.00** |
| **GREENPATH, INC.**<br>**100 EDGEWOOD AVE**<br>**STE  1800**<br>**Atlanta, GA 30303-3066** | **2015** | **$25.00** |

---

#### 10.  Other transfers

None ☒    a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ☒    b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

---

#### 11.  Closed financial accounts

None ☐    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **CAPITAL CITY BANK**<br>**PO BOX 900**<br>**Tallahassee, FL 32302-0900** | **BANK ACCOUNT**<br>**ACCOUNT ENDING IN 9206** | **CLOSED - MAY 2015**<br>**CLOSING BALANCE - LESS THAN $10.00** |
| **SUNTRUST**<br>**PO BOX 621569**<br>**Orlando, FL 32862-1569** | **BANK ACCOUNT**<br>**ACCOUNT ENDING IN 0250** | **CLOSED - MAY 2015**<br>**CLOSING BALANCE - LESS THAN $10.00** |

---

#### 12.  Safe deposit boxes

None ☒    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

B7 (Official Form 7) (04/13)
5

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14. Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15. Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

B7 (Official Form 7) (04/13)
6

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **ECONOSWEEP & MAINT. SERV.** | 0970 | **1159 EAST OVERDRIVE CIRCLE Hernando, FL 34442** | **MAINTENANCE OF RETAIL PARKING LOTS. PERCENTAGE OF OWNERSHIP: 70% LOCATION: 1159 EAST OVERDRIVE CIRCLE, HERNANDO, FL 34442 NOTE: THE ASSETS OF THIS BUSINESS WERE SEIZED BY A SECURED CREDITOR AND THIS ENTITY IS DEFUNCT.** | **2001 TO 2015** |
| **COUNTRYSIDE POWER SWEEPING** | 7382 | **1159 EAST OVERDRIVE CIRCLE Hernando, FL 34442** | **MAINTENANCE OF RETAIL PARKING LOTS. PERCENTAGE OF OWNERSHIP: 70% LOCATION: 1159 EAST OVERDRIVE CIRCLE, HERNANDO, FL 34442 NOTE: THE ASSETS OF THIS BUSINESS WERE SEIZED BY A SECURED CREDITOR AND THIS ENTITY IS DEFUNCT.** | **2003 TO 2015** |

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

B7 (Official Form 7) (04/13)
7

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None
☐   a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **CUZMANO & HAMILTON LLC**<br>**306 PINEBLUFF RD**<br>**Lutz, FL 33549** | **ALL APPLICABLE TIMES** |

None
■   b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None
■   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|

None
■   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

---

**20. Inventories**

None
■   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

None
■   b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

---

**21 . Current Partners, Officers, Directors and Shareholders**

None
■   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
■   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

B7 (Official Form 7) (04/13)
8

**22 . Former partners, officers, directors and shareholders**

None ■ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                    ADDRESS                    DATE OF WITHDRAWAL

None ■ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS            TITLE            DATE OF TERMINATION

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

NAME & ADDRESS
OF RECIPIENT,               DATE AND PURPOSE              AMOUNT OF MONEY
RELATIONSHIP TO DEBTOR      OF WITHDRAWAL                 OR DESCRIPTION AND
                                                          VALUE OF PROPERTY

**24. Tax Consolidation Group.**

None ■ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION              TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None ■ If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND              TAXPAYER IDENTIFICATION NUMBER (EIN)

* * * * * *

**DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date **November 25, 2015**          Signature   **/s/ Brian Thomas Carney**
                                                 **Brian Thomas Carney**
                                                 Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Middle District of Florida

In re    **Brian Thomas Carney**                         Case No. _____

                                    Debtor(s)            Chapter    **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**BRANNEN BANK** | **Describe Property Securing Debt:**<br>**DESCRIPTION - HOMESTEAD JOINTLY OWNED WITH SPOUSE TANA CARNEY**<br>**3317 WEST VILLANOVA COURT, BEVERLY HILLS, CITRUS COUNTY, FLORIDA**<br>**PARCEL ID: 18E17S320030 00640 0220** |

Property will be (check one):
   ☐ Surrendered                                ■ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ■ Reaffirm the debt
   ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ■ Claimed as Exempt                           ☐ Not claimed as exempt

| Property No. 2 | |
|---|---|
| **Creditor's Name:**<br>**CHASE** | **Describe Property Securing Debt:**<br>**DESCRIPTION - HOMESTEAD JOINTLY OWNED WITH SPOUSE TANA CARNEY**<br>**3317 WEST VILLANOVA COURT, BEVERLY HILLS, CITRUS COUNTY, FLORIDA**<br>**PARCEL ID: 18E17S320030 00640 0220** |

Property will be (check one):
   ☐ Surrendered                                ■ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ■ Reaffirm the debt
   ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ■ Claimed as Exempt                           ☐ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                    Page 2

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**FIDELITY BANK** | **Describe Property Securing Debt:**<br>**DESCRIPTION - 2011 GMC CANYON TRUCK**<br>**V.I.N. 118377W146606**<br>**THIS VEEHICLE IS JOINTLY OWNED WITH SPOUSE, TANA**<br>**CARNEY** |

Property will be (check one):

☐Surrendered                              ■Retained

If retaining the property, I intend to (check at least one):

☐Redeem the property
■Reaffirm the debt
☐Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):

■Claimed as Exempt                        ☐Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES          ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  **November 25, 2015** _____          Signature  **/s/ Brian Thomas Carney** _____
                                                                      **Brian Thomas Carney**
                                                                      Debtor

B 201A (Form 201A) (6/14)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $75 administrative fee, $15 trustee surcharge: Total Fee $335)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $75 administrative fee: Total Fee $310)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over

a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1,167 filing fee, $550 administrative fee: Total Fee $1,717)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $75 administrative fee: Total Fee $275)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
## Middle District of Florida

In re   **Brian Thomas Carney**                                           Case No.
_____          _____
                                        Debtor(s)          Chapter   **7**   _____

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Brian Thomas Carney**                                X   **/s/ Brian Thomas Carney**          **November 25, 2015**
_____                          _____
Printed Name(s) of Debtor(s)                               Signature of Debtor                 Date

Case No. (if known) _____          X   _____
                                                           Signature of Joint Debtor (if any)  Date

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

# United States Bankruptcy Court
## Middle District of Florida

In re   **Brian Thomas Carney**

Debtor(s)

Case No.

Chapter   **7**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:   **November 25, 2015**

**/s/ Brian Thomas Carney**
**Brian Thomas Carney**
Signature of Debtor

Brian Thomas Carney
3317 West Villanova Court
Lecanto, FL 34460-2288

AIRGAS USA LLC
P.O. BOX 9249
Marietta, GA 30065-2249

AMERICAN EMPIRE
P.O. BOX 2307
Cincinnati, OH 45201

Richard A. Perry
Richard A. Perry, Attorney at Law
820 East Fort King Street
Ocala, FL 34471-2320

ALIANCE ONE RECEIVABLES
PO BOX 2449
Gig Harbor, WA 98335-2449

AMERICAN MED SYSTEMS, INC
1519 BOTTLER ROAD
STE: A
Uniontown, OH 44685

A.R.M. SOLUTIONS
P.O. BOX 2929
Camarillo, CA 93011-2929

ALL POINTS CAPITAL CORP.
265 BROADHOLLOW ROAD
Melville, NY 11747

AMERIGAS
PO BOX 660288
Dallas, TX 75266-0288

ABC PAVING & SEALCOATING
5942 RICHARD LANE
Jacksonville, FL 32216

ALLIANCE ONE
P.O. BOX 3107
Southeastern, PA 19383-3107

AMSCOT
P. O. BOX 25137
Tampa, FL 33622-5137

ACE LOCK & KEY
PO BOX 350387
Jacksonville, FL 32235

ALLIANCE REC MGT ONE
6160 MISSION GEORGE ROAD
SUITE 300
San Diego, CA 92120

AQUABLISS POOL SERVICE, INC
867 SE 14TH TERRACE
Deerfield Beach, FL 33441

ADVANCED AUTO PARTS
11642 N. WILLIAMS ST
Jacksonville, FL 32235

ALLIANCEONE REC MGMNT
6565 KIMBALL DR STE 200
Mineral, WA 98355

ASAP TOWING & STORAGE CO
10053 103RD ST
Jacksonville, FL 32210

ADVANCED DISPOSAL SERVICES
PO BOX 743019
Atlanta, GA 30374-3019

ALWAYS FRESH SWEEPING LLC
3212 THOMAS STREET
Jacksonville, FL 32254

AT&T
Bankruptcy Department
5407 Andrews Highway
Midland, TX 79707

ADVANTAGE GOLF CARS, INC.
5801 NW 151ST STREET
SUITE 201
Hialeah, FL 33014

AMAZON HOSE & RUBBER
1625 W. PRINCETON STREET
Orlando, FL 32804

AUDLEY A. BROWN
11665 NW 45TH ST
APT. 65
Pompano Beach, FL 33065

AG ADAMS LAW
501 RIVERSIDE AVENUE
SUITE 601
Jacksonville, FL 32202-4937

AMERICAN CHAMBER OF COMMERCE
65 E. WACKER PLACE
STE 1804
Chicago, IL 60601

AXION BANK
8808 BEACH BLVD
Jacksonville, FL 32216

B&P MOTOR HEADS
1815 OPA LOCKA BLVD
Opa Locka, FL 33054

BOB'S BACKFLOW & PLUMBING
6510 COLUMBIA PARK DR
STE 102
Jacksonville, FL 32258

BUSINESS FINANCIAL SERVICES
3301 N UNIVERSITY DRIVE
SUITE 300
Pompano Beach, FL 33065

BANK UNITED NA
14817 OAK LANE
Hialeah, FL 33016

BRADSHAW & MOUNTJOY, PA
209 COURTHOUSE SQUARE
Inverness, FL 34450

CABAIGUAN SERVICES, INC
2210 SW 17TH ST
Miami, FL 33145

BARRY W. KAUFMAN P.L.
11250 OLD ST AUGUSTINE RD
SUITE 15116
Jacksonville, FL 32257-1088

BRANCH BANKING & TRUST
PO BOX 1847
Wilson, NC 27894-1847

CAPCO FINANCIAL CORPORATIO
1500 SAN REMO AVE
SUITE 201
Miami, FL 33146

BB & T
P.O. BOX 1847
Wilson, NC 27894-1847

BRANNEN BANK
P.O. BOX 1929
Inverness, FL 34451-1929

CAPITAL CITY BANK
PO BOX 900
Tallahassee, FL 32302-0900

BEACH LOCKSMITH & SAFE PLACE
222 N. ATLANTIC AVE.
Cocoa Beach, FL 32931

BREWER TOWING
120 LEE RD
Jacksonville, FL 32225

CB&R SERVICES
4501 NW 12TH CT
Fort Lauderdale, FL 33313

BEACHSIDE S&M, LLC
ATTN: JAMES PARTIN
22961 BRANDON ROAD
Lawtey, FL 32058

BRIAN D. BUCKSTEIN, PA
420 SOUTH STATE ROAD 7
SUITE 122
Wellington, FL 33414

CCS COMMERCIAL COLLECTION
P.O. BOX 4360
Portsmouth, NH 03802-4360

BLUE & GOLD POOL SERVICE
9825 MARINA BLVD.
#100 R
Boca Raton, FL 33428

BRIGHT HOUSE NETWORKS
PO BOX 30765
Tampa, FL 33630-3765

CENTERSTATE BANK
P.O. BOX 9602
Winter Haven, FL 33883-9602

BLUE DIAMOND TOWING
6540 INDUSTRIAL AVE
Port Richey, FL 34668

BROWN'S LOCKSMITH SERVICE
14 UTILITY DRIVE
SUITE 9
Palm Coast, FL 32137

CENTRAL FLORIDA EXPRESSWA
4974 ORL TOWER ROAD
Orlando, FL 32807

BLUE RIBBON CLEANING
4320 SE 53RD AVENUE
SUITE A
Ocala, FL 34480

BRUCE HAAS
14809 STRAND LANE
Jupiter, FL 33478

CHASE
P.O. BOX 15298
Wilmington, DE 19886-5298

CHASE
Bankruptcy Department
P.O. BOX 15145
Wilmington, DE 19850-5145

COLSON
P.O. BOX 942
New York, NY 10274

COWHEARD SINGER & COMPANY
7200 NW 19TH STREET
SUITE 402
Miami, FL 33126

CHRISTOPHER OCHS
11915 161ST ST N
Jupiter, FL 33478

COMCAST CABLE COMMUNICATIONS
P.O. BOX 3005
Southeastern, PA 19398-3005

CSC
PO BPX 2576
Springfield, IL 62708

CITICARDS
PO BOX 6241
Sioux Falls, SD 57117-6241

COMMERCIAL PROPERTY CLEANING
5835 GRANITE LANE
Cocoa, FL 32927

CSI VOYAGER FLEET
3301 BONITA BEACH
SUITE 300
Bonita Springs, FL 34134

CITICARDS PRIVATE LABEL
PO BOX 20483
Kansas City, MO 64195-0483

COMPLETE PAYMENT REC SERV
P.O. BOX 038997
Tuscaloosa, AL 35403-8997

DAYTONA POWER SWEEPING, I
1500 VIRGINIA AVE
APT. 117
Daytona Beach, FL 32114

CITRUS SPORT APPAREL, LLC
1801 NW HWY 19
SUITE 475
Crystal River, FL 34428

COMPLETE PAYMENT RECOVERY
11601 ROOSEVELT BLVD N. TA09
Saint Petersburg, FL 33716-2202

DBI SERVICES
3373100 NORTH CONAHAN DRIVE
Hazleton, PA 18201

CLEAN SWEEP PARK LOT
P.O. BOX 15031
Sarasota, FL 34277

CONSTANGY, BROOKS, & SMITH
200 WEST FORSYTH STREET
SUITE 1700
Jacksonville, FL 32202-4317

DOUBLE IMPACT DEMOLITION
AND REMODELING
1171 NW 28TH STREET
Miami, FL 33127

CLEAR VIEW SIGNS
45211 PETREE ROAD
Callahan, FL 32011

CONVERGENCE EMPLOYEE
LEASING III
3951 BAYMEADOWS RD
Jacksonville, FL 32217

DSK MANAGEMENT SOLUTIONS IN
6715 W GROVER CLEVELAND BL
Homosassa, FL 34448

COLONY DEDUCTIBLE REC GRP
P.O. BOX 962
Coraopolis, PA 15108

CORNEL MYERS
2820 SOMERSET DRIVE
APT. 318
Fort Lauderdale, FL 33311

DYNAMIC SWEEPING, INC
269 SPRINGS COLONY CIRCLE
APT. 246
Altamonte Springs, FL 32714

COLONY SPECIALTY
1551 SAWGRASS CORPORATE PKWY
SUITE 220
Fort Lauderdale, FL 33323

CORPORATION SERVICE CO
P.O. BOX 2576
Springfield, IL 62708

EAST CAPITAL, LLC
207 COLD SPRING ROAD
Monticello, NY 12701

EAST COAST FINEST
OUTDOOR SERVICES INC.
11915 161ST STREET NORTH
Jupiter, FL 33478

FL DEPT OF TRANSPORTATION
VIOLATION ENFORCEMENT
P.O. BOX 105477
Atlanta, GA 30348-5477

FLORIDA GEORGIA DISTRIBUTIN
502 CASSATT AVENUE
SUITE 103
Jacksonville, FL 32254

EXPERIAN
PO BOX 4500
Allen, TX 75013-4500

FLEETCOR TECH
55 East Airtex Road
Houston, TX 77073

FLORIDA TRANSCOR
6683 STUART AVE
Jacksonville, FL 32254

F.D.S. DISPOSAL, INC
PO BOX 906
Hernando, FL 34442-0906

FLEETCOR TECH OP CO
1001 SERVICE RD EAST HWY190
SUITE 200
Covington, LA 70433

FOLEY & LARDNER
100 NORTH TAMPA STREET
SUITE 2700
Tampa, FL 33602-5810

FAMILY FIRST SWEEPING &
MAINTENANCE, LLC
22961 BRANDON ROAD
Lawtey, FL 32058

FLEETMATICS USA
1100 WINTER STREET
Waltham, MA 02451

FUCCI'S FULL PACKAGE
2414 DUNDEE COURT W
Lake City, FL 32056

FARAH LAW GROUP
6550 ST AUGUSTINE ROAD
SUITE 103
Jacksonville, FL 32217

FLEETMATICS USA, LLC
PO BOX 347742
Pittsburgh, PA 15251-4472

FUELMAN/UNIVERSAL PREMIUM
PO BOX 923928
Norcross, GA 30010

FIDELITY BANK
PO BOX 105075
Atlanta, GA 30348-5075

FLEETONE LLC
1168 HICKMAN ROAD
Jacksonville, FL 32216

GA - FLA POWER SWEEPING
P.O. BOX 2506
Valdosta, GA 31604-3506

FILMCO CLEAN SWEEP
2515 BUSSIE ROAD
Wauchula, FL 33873

FLEETONE LLC
600 SOUTH 7TH STREET
Louisville, KY 40203

GEICO
3535 WEST PIPKIN ROAD
Lakeland, FL 33811

FIRE SPECIALTY INS. DED. GRP
P.O. BOX 962
Coraopolis, PA 15108

FLORIDA DEP. OF REVENUE
5050 W. TALLAHASSEE ST.
Tallahassee, FL 32399-0100

GENERAL TRUCK EQUIPMENT &
TRAILER SALES, INC.
P.O. BOX 6954
Jacksonville, FL 32236

FIRST SPECIALTY INSURANCE
DEDUCTIBLE
PO BOX 6068-03
Hermitage, PA 16148-1068

FLORIDA GATEWAY LANDSCAPE
& IRRIGATION, LLC
370 SW OAKWOOD COURT
Lake City, FL 32024

GEORGE'S WHOLESALE TIRE &
AUTO SERVICE
3200 N LECANTO HWY
Beverly Hills, FL 34465

GOLD STAR POOLS OF PB
639 EAST OCEAN
SUITE 101
Boynton Beach, FL 33435

JASON L PINCKNEY
5323 ARCHERY AVENUE
Jacksonville, FL 32208

JOHNSON & SONS TREE
SERVICE, LLC
PO BOX 367
Newberry, FL 32669-0367

GREENBURG, GRANT ET AL
5858 WESTHEIMER, STE 500
Houston, TX 77057

JEA
ATTN: CORRESPONDENCE DEP.
21 W CHURCH ST
Jacksonville, FL 32202-3155

JOINER & SWEEPING LAWN
SERVICES, INC
2225 CARTER RD
Saint Augustine, FL 32084

GUARANTEED AUTOMOTIVE & TRAN
4786 HWY AVE
Jacksonville, FL 32254

JM POWER SWEEPING &
MAINTENANCE, INC.
461 IVES DAIRY RD STE 304B
Miami, FL 33179

JONATHAN B ISRAEL
1837 HENDRICKS AVENUE
Jacksonville, FL 32207

HESS FLEET CARD
613 BAKERTOWN ROAD
Antioch, TN 37013

JNL SWEEPER, INC.
1069 E CERMARK ST
Hernando, FL 34442

JP'S SPRAYER & TANKS
912 E NORVELL BRYANT HWY
Hernando, FL 34442-2826

HOME DEPOT
P.O. BOX 790328
Saint Louis, MO 63179-0328

JOHN C WILLIAMS & ASSOC
P.O. BOX 29279
Atlanta, GA 30359-0279

JUDY HAAS
14809 STRAND LANE
Jupiter, FL 33478

IRS
P.O. BOX 7346
Philadelphia, PA 19101-7346

John C. Williams
& Associates
Law Firm
P.O. Box 29279
Atlanta, GA 30359-0279

JULIO SALAZAR
223 S HARRISON ST
Beverly Hills, FL 34465

IRS
400 W BAY ST STE 35045
Jacksonville, FL 32202-4419

JOHN DEERE CREDIT
PO BOX 6630
Johnston, IA 50131-6630

KELLY SPAULDING
9388 COXWELL LANE
Jacksonville, FL 32221

J S TRADING, INC.
6524 NW 13TH COURT
Fort Lauderdale, FL 33313

JOHN DEERE LANDSCAPES
24110 NETWORK PL
Chicago, IL 60673-1241

KING OF SWEEPS, LLC
830 DAY AVE
Jacksonville, FL 32205

JACKSONVILLE SEALCOATING &
STRIPING, INC.
1011 RULING KING CT
Jacksonville, FL 32225

JOHN S. MEAD
24 WALTER MARTIN ROAD
SUITE 201
Fort Walton Beach, FL 32548

KNG MAINTENANCE MANAGEME
1732 NW 83 ST
Miami, FL 33147

LABOVICK LAW GROUP
5220 HOOD RD STE 200
Palm Beach Gardens, FL 33418

MCCALL SERVICE, INC
415 NW 250TH ST, SUITE 1
Newberry, FL 32669

NAPA AUTO PARTS
P.O. BOX 409043
Atlanta, GA 30384-9043

LAW ENFORCEMENT SYSTEMS, LLC
PO BOX 2182
Milwaukee, WI 53201-2182

MESIS LANDSCAPING SERVICES
18950 SW 139TH AVE
Miami, FL 33177

NATHAN SPAULDING
9388 COXWELL LANE
Jacksonville, FL 32221

LAWN MORE
PO BOX 6210
Gainesville, FL 32627

MID-FLORIDA SWEEPING SERVICE
PO BOX 721651
Orlando, FL 32872-1651

NATIONAL MEDICAL &
DENTAL SUPPLY
135-1 CUMBERLAND PARK DR
Saint Augustine, FL 32095

LEASE CONSULTANTS CORP
PO BOX 71397
Clive, IA 50325

MILLER BEARINGS, INC
1635 N MAGNOLIA AVE
Ocala, FL 34475

NATIONAL SWEEPING, INC
103 VISTA VERDI CIRCLE
APT 201
Lake Mary, FL 32746

LINEBARGER GOOGAN ET AL
P.O. BOX 56107
Jacksonville, FL 32241

MJM HOLDINGS LLC
3775 INTERSTATE PARK RD W
West Palm Beach, FL 33404

NEW SMYRNA GLASS &
DESIGN CENTER
823 S DIXIE FRWY
New Smyrna Beach, FL 32168

LOTS R US POWER SWEEPING
585 N WAYMAN ST
Longwood, FL 32750

MORGAN & MORGAN
20 NORTH ORANGE AVE.
SUITE 1600
Orlando, FL 32801

NORTH SIDE LOCK KEY & SAFE
1290 DUNN AVE
Jacksonville, FL 32218

LTD FINANCIAL SERV
PO BOX 630769
Houston, TX 77263-0769

MR KNOW IT ALL, LLC
218 CAMFIELD ST
Jacksonville, FL 32222

ORLANDO-ORANGE COUNTY
EXPRESSWAY AUTHORITY
PO BOX 585070
Orlando, FL 32858-5070

MARSHALL LANDSCAPES, INC
1649 SW ALBATROSS WAY
Palm City, FL 34990

MR TREE & LAWN SERVICES, LLC
4501 NW 21ST DR
Gainesville, FL 32605

P&T SWEEPING SERVICE, LLC
6726 N ORANGE BLOSSOM TRAI
Mount Dora, FL 32757

MASTERS LAWN CARE
1610 NW 55TH PLACE
Gainesville, FL 32653

MUNICIPAL SERVICES BUREAU
PO BOX 16755
Austin, TX 78761-6755

PAJCIC & PAJCIC
ONE INDEPENDENT DRIVE
SUITE 1900
Jacksonville, FL 32202-5013

PAYROLL FUNDING COMPANY, LLC
2809 HIGH SAIL CT
Las Vegas, NV 89117

REGIONS BANK
P.O. BOX 11407
Birmingham, AL 35246-8651

SHIVER SWEEPING, LLC
4823 WALLER ST
Jacksonville, FL 32254


PAYROLL MANAGEMENT, INC
127 MIRACLE STRIP PKWY NW
STE# N7
Fort Walton Beach, FL 32548

ROBERT BENNETT
9025 GREENLEAF ROAD
Jacksonville, FL 32208

SHUTTS & BOWEN LLP
P.O. BOX 4956
Orlando, FL 32802-4956


PMI COMMUNICATIONS &
MARKETING SERVICES
6220 W CORPORATE OAKS DR
Crystal River, FL 34429

ROCK N ROLL SWEEPING, LLC
3423 E WAOGON TRAIL
Hernando, FL 34442

SIGNATURE FINANCIAL, LLC
68 SOUTH SERVICE ROAD
Melville, NY 11747


POLK COUNTY
CLERK OF COURTS
3425 LAKE ALFRED ROAD
#7 GILL JONES CENTER
Winter Haven, FL 33881

S B FINANCIAL SOLUTIONS, LLC
PO BOX 503
Lanham, MD 20703

SIGNING AMERICA CORPORATIO
2079 N POWERLINE RD SUITE #2
Pompano Beach, FL 33069


PRO PREMIUM FINANCE
COMPANY, INC
PO BOX 817089
Hollywood, FL 33081-1089

SBA
7825 BAYMEADOWS WAY
SUITE 1000B
Jacksonville, FL 32256-7549

SMALL BUSINESS FINANCE   SO
P.O. BOX 503
Lanham, MD 20703


PROFESSIONAL DEBT MEDIATION
7948 BAYMEADOWS WAY
2ND FLOOR
Jacksonville, FL 32256

SCALLYS
12059 N FLORIDA AVE
Dunnellon, FL 34434

SNAP-ON
8001 E SHANNON CT
Inverness, FL 34450


R&R GARDEN SUPPLY
8150 NW 93 ST
Miami, FL 33166

SCOTTSDALE INSURANCE COMPANY
PO BOX 4120
Scottsdale, AZ 85261-9865

SOUTHEASTERN PAPER GROUP IN
PO BOX 890672
Charlotte, NC 28289-0672


RAYMOND'S USED
TRUCKS & PARTS, INC
1157 EASTPORT RD
Jacksonville, FL 32218-2262

SERVICE AUTO GLASS
3122 SHADER RD
Orlando, FL 32808

SOUTHERN TREE, LLC
2762 W BEAVER ST
Jacksonville, FL 32254


RECEIVABLES PERFORMANCE MGT
P.O. BOX 1548
Lynnwood, WA 98046

SHERWIN WILLIAMS
4506 N ORANGE BLOSSOM TRAIL
#6
Orlando, FL 32804-2764

SPRINT
BANKRUPTCY DEPT
PO BOX 7949
Overland Park, KS 66207-0949

SPRINT
PO BOX 105243
Atlanta, GA 30348-5243

SUPERIOR LAWN SERVICES
PO BOX 65778
Orange Park, FL 32065

TRUGREEN
5605 FLORIDA MINING BLVD
MAIL STOP TG-RTN
Memphis, TN 38120

ST. LUCIE BATTERY & TIRE
6911 HANCOCK DR
Port Saint Lucie, FL 34952

SYNCHRONY BANK
ATTN: BANKR DEPT
P.O. BOX 965060
Orlando, FL 32896-5060

TUCKER ALBIN ASSOCIATES
1702 N COLLINS BLVD STE# 100
Richardson, TX 75080

STATE FARM
10371 ROYAL PALM BLVD
Pompano Beach, FL 33065

THE CHECK CASHING STORE
6340 NW 5TH WAY
Fort Lauderdale, FL 33309

TWIN CUTS LANDSCAPING
AND PROPERTY MANAGEMENT
1251 SPARTON AVE
Port Orange, FL 32127

STEARNS BANK N.A.
500 13TH STREET
Albany, MN 56307

THE MASTER'S LAWN CARE, LLC
4022 NW 34TH TER
Gainesville, FL 32605

UNITED AMERICAN LIEN &
RECOVERY
PO BOX 5823
Fort Lauderdale, FL 33310

STORAGE AMERICA
1145 CAPRICORN BLVD
Punta Gorda, FL 33983

THEA TOLL PAYMENT CENTER
PO BOX 864667
Orlando, FL 32886-4667

UNITED RECOV SYSTEMS
PO BOX 722929
Houston, TX 77272-2929

STOTT BOLT
5538 HIGHWAY AVE
Jacksonville, FL 32254

TRS RECOVERY SERV
P.O. BOX 173809
Denver, CO 80217-3809

UNIVERSAL FIRE
2232 W 80 ST
BAY 1
Hialeah, FL 33016

SUN PASS
PO BOX 880029
Boca Raton, FL 33488-0029

TRS RECOVERY SERV
P.O. BOX 60022
City of Industry, CA 91716-0022

URBAN TRUST BANK
8808 BEACH BLVD
Jacksonville, FL 32216

SUN POWER LAWN CARE
8833 NW 35TH PL
Gainesville, FL 32606

TRUCKS 2 GO
4301 E 7TH AVE
Tampa, FL 33605

US SWEEPING, INC
20533 BISCAYNE BLVD SUITE# 4
Miami, FL 33180

SUNBELT RENTALS
PO BOX 409211
Atlanta, GA 30384-9211

TRUGREEN
5120 COMMERCIAL DR
Melbourne, FL 32940

USA PATRIOT SERVICE, INC
5022 OWLS NEST CT
Callahan, FL 32011

VAN ELMORE SERVICES, INC
12 BUERGER RD
Mobile, AL 36608

XTREME DIESEL PERFORMANCE
1758 STATE ROUTE 34 N
Farmingdale, NJ 07727

VICTORY SWEEPERS, INC
9584 MADISON BLVD
Madison, AL 35758

ZACHTER PLLC
2 UNIVERSITY PLAZA
SUITE 205
Hackensack, NJ 07601

VIKING FUNDING GROUP
8814 LITTLE NECK PARKWAY
Floral Park, NY 11001

ZAHAVA MISHELE
3908 N CIRCLE DR
Hollywood, FL 33021

WASTE MANAGEMENT OF PASCO
P.O. BOX 105453
Atlanta, GA 30348-5453

WAYNE'S DISCOUNT
CLEANING & SERVICES
5534 CASAVERDA CT
Jacksonville, FL 32244

WELLS FARGO
PO BOX 10347
Des Moines, IA 50306-0347

WELLS FARGO EQUIP FIN
1540 WEST FOUNTAINHEAD PKWY
Tempe, AZ 85282

WEX BANK
P.O. BOX 639
Portland, ME 04104

WILLIAMS ENTERPRISES LLC
3258 ERNEST ST
Jacksonville, FL 32205

# United States Bankruptcy Court
## Middle District of Florida

In re    **Brian Thomas Carney**                                    Case No.

                                        Debtor(s)              Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|   |   |   |
|---|---|---|
| For legal services, I have agreed to accept | $ | **3,665.00** |
| Prior to the filing of this statement I have received | $ | **3,665.00** |
| Balance Due | $ | **0.00** |

2.   $  **335.00**  of the filing fee has been paid.

3.   The source of the compensation paid to me was:

   ■ Debtor          ☐ Other (specify):

4.   The source of compensation to be paid to me is:

   ■ Debtor          ☐ Other (specify):

5.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  [Other provisions as needed]
       **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
       **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **November 25, 2015**                    /s/ Richard A. Perry
                                        **Richard A. Perry 394520**
                                        **Richard A. Perry, Attorney at Law**
                                        **820 East Fort King Street**
                                        **Ocala, FL 34471-2320**
                                        **352-732-2299**
                                        **richard@rapocala.com**

---

| Fill in this information to identify your case: | Check one box only as directed in this form and in Form 22A-1Supp: |
|---|---|
| Debtor 1    **Brian Thomas Carney** | ■ 1. There is no presumption of abuse |
| Debtor 2 (Spouse, if filing) | ☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 22A-2). |
| United States Bankruptcy Court for the:  Middle District of Florida | ☐ 3. The Means Test does not apply now because of qualified military service but it could apply later. |
| Case number (if known) | ☐ Check if this is an amended filing |

## Official Form 22A - 1
# Chapter 7 Statement of Your Current Monthly Income                                    12/14

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 22A-1Supp) with this form.

**Part 1:**    Calculate Your Current Monthly Income

1. **What is your marital and filing status?** Check one only.

    ☐ **Not married**. Fill out Column A, lines 2-11.

    ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

    ☐ **Married and your spouse is NOT filing with you.** You and your spouse are:

      ☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

      ☐ **Living separately or are legally separated.** fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C § 707(b)(7)(B).

    **Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case.** 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ _____ | $ _____ |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ _____ | $ _____ |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $ _____ | $ _____ |
| 5. | **Net income from operating a business, profession, or farm** | | |
| | Gross receipts (before all deductions) $ _____ | | |
| | Ordinary and necessary operating expenses -$ _____ | | |
| | Net monthly income from a business, profession, or farm $ _____  **Copy here ->** | $ _____ | $ _____ |
| 6. | **Net income from rental and other real property** | | |
| | Gross receipts (before all deductions) $ _____ | | |
| | Ordinary and necessary operating expenses -$ _____ | | |
| | Net monthly income from rental or other real property $ _____  **Copy here ->** | $ _____ | $ _____ |
| 7. | **Interest, dividends, and royalties** | $ _____ | $ _____ |

Debtor 1    **Brian Thomas Carney** _____    Case number (*if known*) _____

|  | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|

8. **Unemployment compensation**

   Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here:

   For you                                                                 $ _____

   For your spouse                                                  $ _____

   Column A: $ _____    Column B: $ _____

9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act.

   Column A: $ _____    Column B: $ _____

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism. If necessary, list other sources on a separate page and put the total on line 10c.

    10a.  _____    $ _____    $ _____

    10b.  _____    $ _____    $ _____

    10c.  Total amounts from separate pages, if any.    + $ _____    $ _____

11. **Calculate your total current monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.

    $ _____  +  $ _____  =  $ _____

    **Total current monthly income**

**Part 2:**    **Determine Whether the Means Test Applies to You**

12. **Calculate your current monthly income for the year.** Follow these steps:

    12a. Copy your total current monthly income from line 11 ............... **Copy line 11 here=>**    12a. $ _____

    Multiply by 12 (the number of months in a year)    **x 12**

    12b. The result is your annual income for this part of the form    12b. $ _____

13. **Calculate the median family income that applies to you.** Follow these steps:

    Fill in the state in which you live.    [_____]

    Fill in the number of people in your household.    [_____]

    Fill in the median family income for your state and size of household. ...............    13. $ _____

14. **How do the lines compare?**

    14a.  ☐  Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.* Go to Part 3.

    14b.  ☐  Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 22A-2.* Go to Part 3 and fill out Form 22A-2.

**Part 3:**    **Sign Below**

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

X  **/s/ Brian Thomas Carney** _____

   **Brian Thomas Carney**
   Signature of Debtor 1

Date  **November 25, 2015** _____
      MM / DD  / YYYY

If you checked line 14a, do NOT fill out or file Form 22A-2.

If you checked line 14b, fill out Form 22A-2 and file it with this form.

Fill in this information to identify your case:

Debtor 1        **Brian Thomas Carney**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:  Middle District of Florida

Case number
(if known)

☐ Check if this is an amended filing

## Official Form 22A - 1Supp
## Statement of Exemption from Presumption of Abuse Under § 707(b)(2)      12/14

File this supplement together with *Chapter 7 Statement of Your Current Monthly Income* (Official Form 22A-1), if you believe that you are exempted from a presumption of abuse. Be as complete and accurate as possible. If two married people are filing together, and any of the exclusions in this statement applies to only one of you, the other person should complete a separate Form 22A-1 If you believe that this is required by 11 U.S.C. § 707(b)(2)(C).

| Part 1: | Identify the Kind of Debts You Have |
|---|---|

1.   **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose." Make sure that your answer is consistent with the "Nature of Debts" box on page 1 of the *Voluntary Petition* (Official Form 1).

■ No.   Go to Form 22A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 22A-1.

☐ Yes.  Go to Part 2.

| Part 2: | Determine Whether Military Service Provisions Apply to You |
|---|---|

2.   **Are you a disabled veteran** (as defined in 38 U.S.C. § 3741(1))?

☐ No.   Go to line 3.

☐ Yes.  Did you incur debts mostly while you were on active duty or while you were performing a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1).

☐ No.   Go to line 3.

☐ Yes.  Go to Form 22A-1: on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 22A-1.

3.   **Are you or have you been a Reservist or member of the National Guard?**

☐ No.   Complete Form 22A-1. Do not submit this supplement.

☐ Yes.  Were you called to active duty or did you perform a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1).

☐ No.   Complete Form 22A-1. Do not submit this supplement.

☐ Yes.  Check any one of the following categories that applies:

☐   **I was called to active duty after September 11, 2001,** for at least 90 days and remain on active duty.

☐   **I was called to active duty after September 11, 2001,** for at least 90 days and was released from active duty on _____ ,which is fewer than 540 days before I file this bankruptcy case.

☐   **I am performing a homeland defense activity for at least 90 days.**

☐   **I performed a homeland defense activity for at least 90 days,** ending on _____ ,which is fewer than 540 days before I file this bankruptcy case.

If you checked one of the categories to the left, go to Form 22A-1. On the top of page 1 of Form 22A-1, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 22A-1. you are not required to fill out the rest of Official Form 22A-1 during the exclusion period. The *exclusion period* means the time you are on active duty or are performing a homeland defense activity, and for 540 days afterward. 11 U.S.C. § 707(b)(@)(D)(ii).

If your exclusion period ends  before your case is closed, you may have to file an amended form later.

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy